Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9538

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, STEPHEN SINCLAIR, Secretary of the Department of Corrections, in his official capacity,<br><br>Defendants,<br><br>and<br><br>BONNEVILLE INTERNATIONAL, INC., a Utah Corporation, d.b.a KIRO Radio 97.3 FM; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual;<br><br>Interested Parties. | No.<br><br>UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR PRELIMINARY INJUNCTION<br><br>May 7, 2021<br>Without Oral Argument |

UNOPPOSED MOTION TO EXCEED PAGE LIMIT - 1

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

2098.08 od060301

Come now, Plaintiffs, by and through their counsel of record, and respectfully move this Court for leave to exceed the page limit of ten (10) pages under Local Rule 7(f)(3) in their contemporaneously filed Motion for Preliminary Injunction and Motion for Provisional Class Certification.

Under Local Rule 7(f)(5), a "motion to exceed page limits must demonstrate good cause and recite the opposing party's position." Here, good cause is shown by the complexity and gravity of the issues at stake. As set forth in Plaintiffs' Motion for Preliminary Injunction, Plaintiffs seek a class-wide injunction preventing disclosure of highly sensitive and personal information, information which if disclosed would most certainly put Plaintiffs and the class they represent at grave risk of serious bodily harm or death. Therefore, Plaintiffs respectfully seek up to an additional twenty-five (25) pages over the ten pages allowed, for a total of thirty-five (35) pages.

For many of the same reasons, good cause is shown for permitting Plaintiffs to exceed the page limits on their Motion for Provisional Class Certification and Motion to Proceed in Pseudonym. There, Plaintiffs seek an additional two (2) pages, for a total of twelve (12) pages, for each of these motions.

Plaintiffs' counsel has contacted defense counsel, who has stated that they do not oppose this motion for exceed page limits for these motions.

UNOPPOSED MOTION TO EXCEED PAGE LIMIT - 2

2098.08 od060301

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Dated this 7th day of April, 2021.   MacDonald Hoague & Bayless

By: *s/ Joe Shaeffer*
Joe Shaeffer, WSBA #33273
joe@mhb.com
On behalf of The American Civil Liberties Union of Washington Foundation

Attorneys for Plaintiffs
705 Second Avenue, Suite 1500
Seattle, WA 98104
Tel: 206.622.1604
Fax: 206.343.3961

UNOPPOSED MOTION TO EXCEED PAGE LIMIT - 3

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

2098.08 od060301