Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties
Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9538

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated, | No. |
| Plaintiffs, | (PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXCESS PAGE LIMIT |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, STEPHEN SINCLAIR, Secretary of The Department of Corrections, in his official capacity, | |
| Defendants, | |
| and | |
| BONNEVILLE INTERNATIONAL, INC., a Utah Corporation, d.b.a KIRO Radio 97.3 FM; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, individual; | |
| Interested Parties. | |

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR
EXCESS PAGE LIMIT - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

2098.08 od060303

Based on the Plaintiff's Motion, understanding that Defendants do not oppose the motion, and the Court being fully advised, now therefore;

IT IS HEREBY ORDERED

The Court grants leave for Plaintiff to file excess pages. Specifically, Plaintiffs may file a Motion for Preliminary Injunction up to thirty-five (35) pages, a Motion for Provisional Class Certification up to twelve (12) pages, and a Motion to Proceed in Pseudonym up to twelve (12) pages.

DATED this _____ of April, 2021.

_____

Hon.
United States District Court Judge

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR
EXCESS PAGE LIMIT - 2

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

2098.08 od060303

Presented by:

MacDONALD HOAGUE & BAYLESS

By: _s/ Joe Shaeffer_____
Joe Shaeffer, WSBA #33273
joe@mhb.com
Nancy Talner, WSBA #11196
talner@aclu-wa.org
Lisa Nowlin, WSBA #51512
lnowlin@aclu-wa.org
Antoinette M. Davis, WSBA #29821
tdavis@aclu-wa.org
Heather McKimmie, WSBA #36730
heatherm@dr-wa.org
Danny Waxwing, WSBA #54225
dannyw@dr-wa.org
Ethan D. Frenchman, WSBA #54255
ethanf@dr-wa.org

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961