Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9538

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR, Secretary of The Department of Corrections, in his official capacity,<br><br>Defendants,<br><br>and<br><br>BONNEVILLE INTERNATIONAL, INC., a Utah Corporation, d.b.a KIRO Radio 97.3 FM,; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual;<br><br>Interested Parties. | No.<br><br>PROPOSED ORDER TO PROCEED IN PSEUDONYM - UNOPPOSED |

ORDER TO PROCEED IN PSEUDONYM – UNOPPOSED - 1

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

The Court having considered Plaintiffs' Unopposed Motion to Proceed Under Pseudonym, the Memorandum of Points and Authorities supporting the Motion, the Declarations submitted in support of the Plaintiffs' Motions for Temporary Restraining Order and Preliminary Injunctive Relief, and having considered the other documents filed with the Court to date, and being fully advised in the matter, now

FINDS that Plaintiffs have demonstrated good cause to allow Plaintiffs to proceed in pseudonym, and this outweighs any prejudice to the opposing party or to the public's interest, therefore it is hereby ORDERED:

That Plaintiffs are allowed to proceed under pseudonym as follows:

1. Plaintiffs will be referred to by the pseudonym Jane Doe 1, 2, or 3 or John Doe 1 or 2, in all pleadings, depositions, and other documents related to this litigation;

2. Plaintiffs shall be allowed to endorse documents related to this litigation using their pseudonym, as noted above; and

3. Defendants shall not publicly disclose the Plaintiffs' names or personally identifying information.

In all proceedings held before this Court, including trial, all counsel, witnesses and court personnel present shall refer to Plaintiffs according to their pseudonym.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

DATED this __ day of April, 2021.

_____
JUDGE _____

RESPECTFULLY SUBMITTED this 7th day of April, 2021.

| MacDonald Hoague & Bayless | Munger, Tolles & Olson LLP |
|---|---|
| By: _____<br>Joe Shaeffer, WSBA #33273<br>joe@mhb.com<br>Attorneys for Plaintiffs<br>On behalf of The American Civil Liberties Union of Washington Foundation<br><br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Tel: 206.622.1604<br>Fax: 206.343.3961 | By: _____<br>Katherine M. Forster, CA Bar #217609<br>*Seeking Pro Hac Vice Admission*<br>Katherine.Forster@mto.com<br>Attorneys for Plaintiffs<br><br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Tel: 213.683.9538<br>Fax: 213.593.2838 |
| American Civil Liberties Union of Washington Foundation<br><br>By: _____<br>Nancy Talner, WSBA #11196<br>TALNER@aclu-wa.org<br>By: _____<br>Lisa Nowlin, WSBA #51512<br>lnowlin@aclu-wa.org<br>By: _____<br>Antoinette M. Davis, WSBA #29821<br>tdavis@aclu-wa.org | Disability Rights Washington<br><br>By: _____<br>Ethan D. Frenchman, WSBA #54255<br>ethanf@dr-wa.org<br>By: _____<br>DannyWaxwing, WSBA #54225<br>dannyw@dr-wa.org<br>By: _____<br>Heather McKimmie, WSBA #36730<br>heatherm@dr-wa.org |

| | |
|---|---|
| Attorneys for Plaintiffs<br>P.O. Box 2728<br>Seattle, WA 98111<br>Tel: 206.624.2184 | By: _____<br>David Carlson, WSBA #35767<br>davidc@dr-wa.org<br><br>Attorneys for Plaintiffs<br>315 5th Avenue S, Suite 850<br>Seattle, WA 98104<br>Tel: 206.324.1521 |

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

    RESPECTFULLY SUBMITTED this 7th day of April, 2021.

*/s/*_____
Name