1  Joe Shaeffer, WSBA #33273
   MacDonald Hoague & Bayless
2  On behalf of The American Civil Liberties
   Union of Washington Foundation
3  705 Second Avenue, Suite 1500
   Seattle, WA 98104-1745
4  206-622-1604

5  Katherine M. Forster, CA Bar #217609
   Munger, Tolles & Olson LLP
6  350 South Grand Avenue, 50th Floor
   Los Angeles, CA 90071
7  213-683-9538

8

   UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF WASHINGTON AT RICHLAND

10 | JOHN DOE 1; JOHN DOE 2; JANE
   | DOE 1; JANE DOE 2; JANE DOE 3;         No. 4:21-cv-05059-TOR
11 | and all persons similarly situated,

12 |          Plaintiffs,                   *EXPEDITED* UNOPPOSED MOTION
   |                                        FOR TEMPORARY RESTRAINING
13 | v.                                     ORDER TO PRESERVE THE
   |                                        STATUS QUO
14 | WASHINGTON STATE
   | DEPARTMENT OF CORRECTIONS;             April 8, 2021
15 | STEPHEN SINCLAIR, Secretary of The     Without Oral Argument
   | Department of Corrections, in his official
16 | capacity,

17 |          Defendants,

18 |          and

19 | BONNEVILLE INTERNATIONAL,
   | INC. a Utah Corporation, d.b.a KIRO
20 | Radio 97.3 FM; THE MCCLATCHY
   | COMPANY, LLC, a California Limited
21 | Liability Company, d.b.a. The Tacoma
   | News Tribune; and ANDREA KELLY,
22 | an individual,

23 |          Interested Parties.

UNOPPOSED MOTION FOR TEMPORARY RESTRAINING ORDER
TO PRESERVE THE STATUS QUO - 1

Come now Plaintiffs, by and through their counsel of record, and respectfully move this Court for a Temporary Restraining Order preventing disclosure of requested records during the briefing and consideration of the contemporaneously filed Motion for Preliminary Injunction.

Plaintiffs' counsel has contacted the Assistant Attorney General representing the Defendants in this matter to seek their agreement not to disclose records while the Motion for Preliminary Injunction is pending, and in order to allow this Court to consider this motion on a 30-day briefing schedule. Defense counsel has stated that while Defendants do not *stipulate* to a temporary restraining order, she has represented that the Defendants *do not oppose* a temporary restraining order preserving the status quo during the briefing and consideration of the motion for preliminary injunction. Because the Defendants will not agree to withhold records during the pendency of this motion absent a court order enjoining them from doing so, this Motion for Temporary Restraining Order is necessary.

The same standards that govern a Preliminary Injunction govern a motion for Temporary Restraining Order. Plaintiffs are entitled to preliminary injunctive relief on their constitutional claims if they can establish (1) a likelihood of success on the merits; and (2) that irreparable harm will ensue if temporary relief is not granted. The Court should also consider whether Plaintiffs have an adequate remedy at law, and whether the balance of the equities tips in their favor. For the same reasons set forth in their Motion for Preliminary Injunction, which is incorporated here fully by reference, Plaintiffs meet this standard.

UNOPPOSED MOTION FOR TEMPORARY RESTRAINING ORDER
TO PRESERVE THE STATUS QUO - 2

2098.08 od071501

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Plaintiffs have shown a substantial likelihood of prevailing on the merits of their constitutional claims. As for irreparable harm, if released during the pendency of the Motion for Preliminary Injunction will be rendered moot. Once records have been released, there would be no turning back, and Plaintiffs' safety and lives would be placed in great peril. Plaintiffs simply have *no* remedy at law if these records are released, and the balance of the equities tips sharply in their favor. Plaintiffs face irreparable and substantial harm in the absence of an injunction. By contrast, DOC will not be prejudiced in any way by entry of a preliminary injunction. Indeed, the public interest is served by keeping the requested records confidential as they were intended to by, not by their disclosure. And, any public interest in disclosure is vastly outweighed here by the irreparable harm Plaintiffs face.

It is for these reasons that the Court should issue a brief Temporary Restraining Order preventing the release of any records requested that are at issue in this litigation. This will afford the parties (and interested parties, if they desire to participate) to fully brief the issues, and will allow this Court to thoughtfully consider the case before issuing its preliminary ruling.

UNOPPOSED MOTION FOR TEMPORARY RESTRAINING ORDER
TO PRESERVE THE STATUS QUO - 3

2098.08 od071501

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| MacDonald Hoague & Bayless | Munger, Tolles & Olson LLP |
|---|---|
| By: *s/ Joe Shaeffer*<br>Joe Shaeffer, WSBA #33273<br>joe@mhb.com<br>Attorneys for Plaintiffs<br>On behalf of The American Civil Liberties Union of Washington Foundation<br><br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Tel: 206.622.1604<br>Fax: 206.343.3961 | By: *Seeking Pro Hac Vice Admission*<br>Katherine M. Forster, CA Bar #217609<br>Katherine.Forster@mto.com<br>Attorneys for Plaintiffs<br><br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Tel: 213.683.9538<br>Fax: 213.593.2838 |
| American Civil Liberties Union of Washington Foundation | Disability Rights Washington |
| By: *s/ Nancy Talner*<br>Nancy Talner, WSBA #11196<br>TALNER@aclu-wa.org<br>By: *s/ Lisa Nowlin*<br>Lisa Nowlin, WSBA #51512<br>lnowlin@aclu-wa.org<br>By: *s/ Antoinette M. Davis*<br>Antoinette M. Davis, WSBA #29821<br>tdavis@aclu-wa.org<br><br>Attorneys for Plaintiffs<br>P.O. Box 2728<br>Seattle, WA 98111<br>Tel: 206.624.2184 | By: *s/ Ethan D. Frenchman*<br>Ethan D. Frenchman, WSBA #54255<br>ethanf@dr-wa.org<br>By: *s/ Danny Waxwing*<br>DannyWaxwing, WSBA #54225<br>dannyw@dr-wa.org<br>By: *s/ Heather McKimmie*<br>Heather McKimmie, WSBA #36730<br>heatherm@dr-wa.org<br>By: *s/ David Carlson*<br>David Carlson, WSBA #35767<br>davidc@dr-wa.org<br><br>Attorneys for Plaintiffs<br>315 5th Avenue S, Suite 850<br>Seattle, WA 98104<br>Tel: 206.324.1521 |

UNOPPOSED MOTION FOR TEMPORARY RESTRAINING ORDER
TO PRESERVE THE STATUS QUO - 4

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

2098.08 od071501