Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties
Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
213-683-9538

Hon. Thomas O. Rice

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR, Secretary of The Department of Corrections, in his official capacity,<br><br>Defendants,<br><br>and<br><br>BONNEVILLE INTERNATIONAL, INC. a Utah Corporation, d.b.a KIRO Radio 97.3 FM; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual,<br><br>Interested Parties. | No. 4:21-CV-05059-TOR<br><br>(PROPOSED) ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER TO PRESERVE STATUS QUO |

(PROPOSED) ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE STATUS QUO - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

2098.08 od070303

Based on the Plaintiff's Motion, understanding that Defendants do not oppose the motion, and the Court being fully advised, now therefore;

IT IS HEREBY ORDERED

Plaintiffs' unopposed motion for temporary restraining order is granted for the limited period while Plaintiffs' motion for preliminary injunction is briefed by the parties and considered by this Court. The Court finds that Plaintiffs have shown a likelihood of success on the merits of their claims, and that substantial irreparable harm would befall the Plaintiffs if the status quo is not maintained during the pendency of the preliminary injunction motion practice. Once records have been released, there would be no turning back, and Plaintiffs' safety and lives could be placed in great peril. The Court further finds, provisionally, that Plaintiffs have no remedy at law if these records are released, and the balance of the equities tips sharply in their favor. Plaintiffs face irreparable and substantial harm in the absence of an injunction. By contrast, DOC will not be prejudiced in any way by entry of a preliminary injunction.

DATED this _____ of April, 2021.

_____
Hon. Thomas O. Rice
United States District Court Judge

(PROPOSED) ORDER GRANTING MOTION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE STATUS QUO - 2

2098.08 od070303

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Presented by:

MacDONALD HOAGUE & BAYLESS

By: _s/ Joe Shaeffer_
Joe Shaeffer, WSBA #33273
joe@mhb.com
Nancy Talner, WSBA #11196
talner@aclu-wa.org
Lisa Nowlin, WSBA #51512
lnowlin@aclu-wa.org
Antoinette M. Davis, WSBA #29821
tdavis@aclu-wa.org
Heather McKimmie, WSBA #36730
heatherm@dr-wa.org
Danny Waxwing, WSBA #54225
dannyw@dr-wa.org
Ethan D. Frenchman, WSBA #54255
ethanf@dr-wa.org

(PROPOSED) ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER TO PRESERVE STATUS QUO - 3

2098.08 od070303

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961