Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated, | No. |
| Plaintiffs, | |
| v. | DECLARATION OF DAN KARASIC IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR, Secretary of The Department of Corrections, in his official capacity, | |
| Defendants, | |
| and | |
| BONNEVILLE INTERNATIONAL, INC. a Utah Corporation, d.b.a KIRO Radio 97.3 FM; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual, | |
| Interested Parties. | |

I, Dan Karasic, declare as follows:

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1.      For over thirty years I have worked with transgender patients and worked on issues related to transgender health care. I am a Distinguished Fellow of the American Psychiatric Association and currently the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, as well as the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition. I previously sat on the Board of Directors of the World Professional Association for Transgender Health (WPATH). I am also an author of the WPATH Standards of Care, Version 7, which are the internationally accepted guidelines designed to promote the health and welfare of transgender, transsexual and gender variant persons in all cultural settings, including prisons. The WPATH Standards of Care 7 are endorsed by, among others, the American Medical Association, the American Psychiatric Association, the American Psychological Association, the Endocrine Society, and the American College of Surgeons. For the upcoming WPATH Standards of Care, Version 8, I am the lead on the Mental Health chapter.

2.      As a member of the WPATH Global Education Initiative, I helped develop a specialty certification program in transgender health and helped train over 1,000 health providers. At UCSF, I developed protocols and outcome measures for the Transgender Surgery Program at the UCSF Medical Center. I also served on the Medical Advisory Board for the UCSF Center of Excellence for Transgender Care, and co-wrote the mental health section of the original Primary Care Protocols and the revision. I have also worked with the San Francisco Department of Public Health, having developed and implemented their training

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

program for the care of transgender patients and for mental health assessments for gender-affirming surgery. I served on the City and County of San Francisco Human Rights Commission's LGBT Advisory Committee; and I have been an expert consultant for California state agencies and on multiple occasions for the United Nations Development Programme on international issues in transgender care.

3. I have held numerous clinical positions concurrent to my clinical professorship at UCSF, many involving currently or formerly incarcerated people. Among these, I served as an attending psychiatrist for San Francisco General Hospital's consultation-liaison service for AIDS care; as an outpatient psychiatrist for HIV-AIDS patients at UCSF; as a psychiatrist for the Transgender Life Care Program and Dimensions Clinic of the Castro Mission Health Center; and the founder and co-lead of the UCSF Alliance Health Project's Transgender Team. In these clinical roles, I specialized in the evaluation and treatment of transgender, gender dysphoric, and HIV-positive patients, many of whom were previously incarcerated. I also regularly provided consultation on challenging cases to psychologists and other psychotherapists working with transgender and gender dysphoric patients. I have been a consultant in transgender care to the California Department of State Hospitals and am currently a consultant for the California Department of Corrections and Rehabilitation on the care of incarcerated transgender people. I have also been an expert in legal cases involving incarcerated people in the Washington State Department of Corrections and for legal gender recognition in Canada.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

4.     In addition to this work, I have done research on the treatment of depression. I have authored many articles and book chapters, and edited the book, Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation.

5.     I was requested by attorneys representing currently and formerly incarcerated people in the Washington State Department of Corrections (DOC) to identify any concerns that might arise from disclosing the identities of and certain other information about transgender, intersex, and non-binary people who are or have been in DOC Custody.

6.     It is my considered opinion that the public disclosure of people's transgender, intersex, or non-binary identities and other private or personal medical information will put the exposed individuals at a serious risk of psychological and physical harm, including depression, anxiety, and suicidality. To form this opinion, I evaluated finalized copies of Plaintiffs' redacted declarations and considered the public disclosure of identities and private and personal medical information in the context of my academic and clinical training and experience in psychiatry and gender-affirming care.

7.     In our society, individuals are usually assigned a sex at birth based on an examination of external anatomy. Sex has many biological components, including chromosomal, anatomical, hormonal, and reproductive. A person's gender identity is their sense of being male, female, both, or neither. Someone who is transgender has a gender identity different from the sex that was assigned to

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

them at birth. A person who is non-binary does not identify as exclusively male or female, and may not identify as either. Although being transgender or non-binary are no longer considered mental health conditions, they are considered medical conditions. The World Health Organization's latest version of the International Classification of Diseases, ICD-11 lists Gender Incongruence as a medical condition. Gender Incongruence as listed in ICD 11 is encompassing of transgender people: "Gender incongruence is characterised by a marked and persistent incongruence between an individual's experienced gender and the assigned sex." (World Health Organization, 2018)

8.     A person who is intersex is born with sex traits or reproductive anatomy that does not seem to fit the typical definitions of female or male. Intersex status is a medical condition that may be due to a range of developmental conditions affecting genitals and sex assigned at birth. Some intersex people transition from their sex assigned at birth and are both intersex and transgender (Byne et al 2018).

9.     Youth and adults who are transgender or non-binary often have experienced trauma and prejudice. Transgender and non-binary people are at high risk to be harassed, experience violence, be forced out of school and employment, and to lose housing as a result of transgender and non-binary status. Family rejection is common. (Grant, 2011).

10.     Transgender, non-binary, and intersex people often need to engage with mental health and medical professionals extensively in order to access

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

medically necessary care. Many transgender and non-binary people, as well as some intersex people, experience gender dysphoria. Gender dysphoria is broadly defined as "discomfort or distress that is caused by a discrepancy between a person's gender identity and that person's sex assigned at birth (and the associated gender role and/or primary and secondary sex characteristics)" (Coleman, et al 2012). In the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (5th ed. 2013), the diagnosis of Gender Dysphoria is characterized by "[a] marked incongruence between one's experience/expressed gender and assigned gender" and "clinically significant distress." If left untreated, such distress may result in depression, anxiety, and increased risk of self-harm and suicidality.

11.     Transgender and non-binary people experience stress, and for some danger, in coming out as transgender or non-binary. Attempts to control this process may delay transition, for fear of danger and discrimination, and with transition, may include attempts at "passing" or "stealth," in which the person is recognized in their lived gender, and therefore may not be recognized as transgender by others. Because of past trauma and the anticipation of experiencing further discrimination and violence, efforts to control information may be strongly emotionally charged, with the potential for re-experiencing past trauma as well as experiencing new trauma. Because so much of the process of coming out as trans may be out of the individual's control—they may not be able to fully change how they are perceived by others—maintaining the individual's agency to control the process to the fullest extent possible is important for the individual to safely

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

manage the significant stress involved in being transgender or non-binary. Being "outed" as transgender or non-binary therefore may be experienced as a violation, a trauma, as it removes the individual's ability to maintain control over the coming out process. Discriminatory treatment due to transgender status is associated with clinical symptoms of Post Traumatic Stress Disorder (Reisner, 2019).

12.     For those who are incarcerated, being outed comes with additional risks. Incarcerated transgender people are far more likely to experience violence, including sexual assault, than other inmates (Jeness et al 2007). Those who are incarcerated may attempt to manage the danger risk by not coming out as transgender if in a prison for those of the same gender as the person was assigned at birth. Or if the person is incarcerated with those who share the recognized gender identity of the incarcerated transgender person, the person may seek to be "stealth" or "passing," to manage the risk of their transgender status being the target of prejudice and danger of violence while incarcerated. In either setting, being outed removes that agency of the incarcerated person to manage the risk of being identified as transgender or non-binary, and adds to the danger of violence. In addition, having more likely experienced trauma as well as anti-transgender discriminatory experiences associated with post traumatic stress disorder, outing transgender people in settings of increased risk may have particular psychological harm.

13.     Transgender and non-binary people may entrust information on gender identity with healthcare providers and government authorities when necessary. These providers and authorities hold responsibility for safeguarding this

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

information. In healthcare settings, gender identity is considered protected health information, and must be safeguarded along with other protected health information. Safeguarding this information both protects people from harm if their information were disclosed and promotes effective treatment by encouraging patients to be forthcoming about their medical conditions, history, and treatment needs.

14. "Doxing," or the searching for and revealing to others of personal information, often as a form of bullying, has been associated with psychological harm to its victims. (Chen et al 2018). Transgender and non-binary people, who commonly have prior experiences of having been bullied and harassed, may be at particular risk of triggering of post-traumatic and other mental health symptoms. In my experience as a psychiatrist, doxing of my patients who are transgender has led to symptoms of Post Traumatic Stress Disorder and other anxiety disorders as well as depressive disorders, including suicidal ideation. In addition to a sense of humiliation and loss of control in the release of information, there has been a fear of physical danger in being identified and targeted online, with profound psychological consequences requiring psychiatric treatment.

15. For this declaration I have employed the following references:


American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* (5th ed.) 2013.

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Bromdal A, Mullens AB, Phillips TM, Gow J. (2019). Experiences of transgender prisoners and their knowledge, attitudes, and practices regarding sexual behaviors and HIV/STIs: A systematic review. International Journal of Transgenderism, 20:1, 4-20.

Byne W, Karasic DH, Coleman E, Eyler AE, Kidd JD, Meyer-Bahlburg HFL, Pleak RR, Pula J. Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists. Transgend Health. 2018; 3(1):57-70.

Chen, Q., Chan, K. L., & Cheung, A. (2018). Doxing Victimization and Emotional Problems among Secondary School Students in Hong Kong. International journal of environmental research and public health, 15(12), 2665. https://doi.org/10.3390/ijerph15122665

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Karasic D and 22 others. (2012). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version. International Journal of Transgenderism, 13:165-232.

Grant, Jaime M., Lisa A. Mottet, Justin Tanis, Jack Harrison, Jody L. Herman, and Mara Keisling. Injustice at Every Turn: A Report of the National

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Transgender Discrimination Survey. Washington: National Center for Transgender Equality and National Gay and Lesbian Task Force, 2011.

Herman JL, et al. (2017). Demographic and Health Characteristics of Transgender Adults in California: Findings from the 2015–2016 California Health Interview Survey. Los Angeles, CA: The Williams Institute and UCLA Center for Health Policy Research.

Lambda Legal. Disclosing Your Sexual Orientation or Gender Identity to Healthcare Providers: The Effect of New HIPAA Regulations.  Accessed on 4/6/21 at https://www.lambdalegal.org/publications/disclosing-your-sexual-orientation-or-gender-identity-to-healthcare-providers-the-effect-of-new-hipaa-regulations#:~:text=Because%20information%20about%20a%20patient's,federal%20privacy%20rules%20as%20well.

Reisner, S. L., White Hughto, J. M., Gamarel, K. E., Keuroghlian, A. S., Mizock, L., & Pachankis, J. E. (2016). Discriminatory experiences associated with posttraumatic stress disorder symptoms among transgender adults. *Journal of counseling psychology*, *63*(5), 509–519. https://doi.org/10.1037/cou0000143

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

World Health Organization. (2018). *International classification of diseases for mortality and morbidity statistics* (11th Revision).

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Dated this 7th day of April, 2021 at San Francisco, California.

_____

Dan Karasic, M.D.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

## University of California, San Francisco

# CURRICULUM VITAE

**Name:**        Dan H. Karasic, MD

**Position:**     Professor Emeritus
                Psychiatry
                School of Medicine

**Address:**      86 Montezuma Street
                San Francisco, CA 94110
                Voice: 415-935-1511
                Fax: 888-232-9336

## EDUCATION

| | | | |
|---|---|---|---|
| 1978 - 1982 | Occidental College, Los Angeles | A.B.; Summa Cum Laude | Biology |
| 1982 - 1987 | Yale University School of Medicine | M.D. | Medicine |
| 1987 - 1988 | University of California, Los Angeles | Intern | Medicine, Psychiatry, and Neurology |
| 1988 - 1991 | University of California, Los Angeles; Neuropsychiatric Institute | Resident | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles; Department of Sociology | Postdoctoral Fellow | Training Program in Mental Health Services for Persons with AIDS |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1990 | Medical Licensure, California, License Number G65105 |
| 1990 | Drug Enforcement Administration Registration Number BK1765354 |
| 1993 | American Board of Psychiatry and Neurology, Board Certified in Psychiatry |

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 1991 - 1993 | University of California, San Francisco | Health Sciences Clincial Instructor | Psychiatry |
| 1993 - 1999 | University of California, San Francisco | Health Sciences Assistant Clinical Professor | Psychiatry |

| 1999 - 2005 | University of California, San Francisco | Health Sciences Associate Clinical Professor | Psychiatry |
| 2005 - present | University of California, San Francisco | Health Sciences Clinical Professor | Psychiatry |

## OTHER POSITIONS HELD CONCURRENTLY

| 1980 - 1980 | Associated Western Universities / U.S. Department of Energy | Honors Undergraduate Research Fellow | UCLA Medicine |
| 1981 - 1981 | University of California, Los Angeles; American Heart Association, California Affiliate | Summer Student Research Fellow | UCLA Medicine |
| 1986 - 1987 | Yale University School of Medicine; American Heart Association, Connecticut Affiliate | Medical Student Research Fellow | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles | Postdoctoral Fellow | Sociology |
| 1991 - 2001 | SFGH Consultation-Liaison Service; AIDS Care | Attending Psychiatrist | Psychiatry |
| 1991 - 2001 | AIDS Consultation-Liaison Medical Student Elective | Course Director | Psychiatry |
| 1991 - present | UCSF Positive Health Program at San Francisco General Hospital (Ward 86) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1991 - present | UCSF AHP (AIDS Health Project/Alliance Health Project) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1994 - 2002 | St. Mary's Medical Center CARE Unit. The CARE Unit specializes in the care of patients with AIDS dementia. | Consultant | Psychiatry |
| 2001 - 2010 | Depression and Antiretroviral Adherence Study (The H.O.M.E. study: Health Outcomes of Mood Enhancement) | Clinical Director | Psychiatry and Medicine |
| 2003 - present | Transgender Life Care Program and Dimensions Clinic, Castro Mission Health Center | Psychiatrist | Dimensions Clinic |
| 2013 - present | UCSF Alliance Health Project, Co-lead, Transgender Team | Co-Lead and Psychiatrist | Psychiatry |

## HONORS AND AWARDS

| | | |
|---|---|---|
| 1981 | Phi Beta Kappa Honor Society | Phi Beta Kappa |
| 1990 | NIMH Postdoctoral Fellowship in Mental Health Services for People with AIDS (1990-1991) | National Institute of Mental Health |
| 2001 | Lesbian Gay Bisexual Transgender Leadership Award, LGBT Task Force of the Cultural Competence and Diversity Program | SFGH Department of Psychiatry |
| 2006 | Distinguished Fellow | American Psychiatric Association |
| 2012 | Chancellor's Award for Leadership in LGBT Health | UCSF |

## KEYWORDS/AREAS OF INTEREST

Psychiatry, HIV/AIDS, consultation-liaison, medication adherence, gay/lesbian, transgender, gender dysphoria, sexuality, homeless/marginally housed, mood disorders, teaching/supervision

## CLINICAL ACTIVITIES SUMMARY

As psychiatrist for the Positive Health Practice at Ward 86, I evaluate and treat patients with psychiatric illness and HIV. I provide consultation to internists, fellows, and nurse practitioners on managing psychiatric illness in their patients.  Clinical work includes attention to the needs of special populations, including working with a multidisciplinary team in a drop-in clinic for HIV-positive women, and addressing issues emerging in HIV and Hepatitis C co-infection. As psychiatrist at the UCSF Alliance Health Project, I evaluate and treat patients and I am co-chair of the Gender Team, which provides assessment and care for transgender patients. As psychiatrist for the Transgender Life Care program and Dimensions Clinic, I evaluate and treat transgender patients, working with a multidisciplinary team at Castro Mission Health Center. In my faculty practice, I treat transgender, gender dysphoric,  and HIV-positive patients referred from providers across Northern California, and I provide consultation on challenging cases to psychologists and other psychotherapists working with transgender and gender dysphoric patients.

## MEMBERSHIPS

| | |
|---|---|
| 1990 - present | Association of Gay and Lesbian Psychiatrists |
| 1992 - present | Northern California Psychiatric Society |
| 1992 - present | American Psychiatric Association |
| 2000 - present | Bay Area Gender Associates (an organization of psychotherapists working with transgendered clients) |
| 2001 - present | World Professional Association for Transgender Health |

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 1981 - 1982 | The Occidental | News Editor |

| 1984 - 1985 | Yale University School of Medicine | Class President |
|---|---|---|
| 1989 - 1991 | Kaposi's Sarcoma Group, AIDS Project Los Angeles | Volunteer Facilitator |
| 1992 - 1996 | Early Career Psychiatrist Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1992 - 1996 | Board of Directors, Association of Gay and Lesbian Psychiatrists | Member |
| 1993 - 1993 | Local Arrangements Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1994 - 1995 | Educational Program, Association of Gay and Lesbian Psychiatrists, 1995 Annual Meeting | Director |
| 1994 - 1998 | Board of Directors, BAY Positives | Member |
| 1994 - present | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Member |
| 1995 - 1997 | Board of Directors, Bay Area Young Positives. BAY Positives is the nation's first community-based organization providing psychosocial and recreational services to HIV-positive youth | President |
| 1995 - 1997 | Executive Committee, Bay Area Young Positives. | Chair |
| 1996 - 2004 | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Chair |
| 1998 - 2002 | City of San Francisco Human Rights Commission, Lesbian, Gay Bisexual Transgender Advisory Committee | Member |
| 2000 - 2004 | Association of Gay and Lesbian Psychiatrists. Responsible for the organization's educational programs | Vice President |
| 2004 - 2005 | Association of Gay and Lesbian Psychiatrists | President-elect |
| 2005 - 2007 | Caucus of Lesbian, Gay, and Bisexual Psychiatrists of the American Psychiatric Association | Chair |
| 2005 - 2007 | Association of Gay and Lesbian Psychiatrists | President |
| 2007 - 2009 | Association of Gay and Lesbian Psychiatrists | Immediate Past President |
| 2009 - 2010 | Consensus Committee for Revision of the Sexual and Gender Identity Disorders for DSM-V, GID of Adults subcommittee. (Wrote WPATH recommendations as advisory body to the APA DSM V Committee for the Sexual and Gender Identity Disorders chapter revision.) | Member |
| 2010 - 2011 | Scientific Committee, 2011 WPATH Biennial Symposium, Atlanta | Member |

| 2010 - present | World Professional Association for Transgender Care Standards of Care Workgroup and Committee (writing next revision of the WPATH Standards of Care, which is used internationally for transgender care.) | Member |
|---|---|---|
| 2010 - 2018 | ICD 11 Advisory Committee, World Professional Association for Transgender Health | Member |
| 2012 - 2014 | Psychiatry and Diagnosis Track Co-chair, Scientific Committee, 2014 WPATH Biennial Symposium, Bangkok | Member |
| 2014 - 2016 | Scientific Committee, 2016 WPATH Biennial Symposium, Amsterdam | Member |
| 2014 - 2018 | Board of Directors (elected to 4 year term), World Professional Association for Transgender Health | Member |
| 2014 - 2018 | Public Policy Committee, World Professional Association for Transgender Health | Chair |
| 2014 - 2018 | WPATH Global Education Initiative: Training providers and specialty certification in transgender health | Trainer and Steering Committee Member |
| 2014 - 2016 | American Psychiatric Association Workgroup on Gender Dysphoria | Member |
| 2016 - present | American Psychiatric Association Workgroup on Gender Dysphoria | Chair |
| 2016 | USPATH: Inaugural WPATH U.S. Conference, Los Angeles, 2017 | Conference Chair |

## SERVICE TO PROFESSIONAL PUBLICATIONS

| 2011 - present | Journal of Sexual Medicine, reviewer |
|---|---|
| 2014 - present | International Journal of Transgenderism, reviewer |
| 2016 - present | LGBT Health, reviewer |

## INVITED PRESENTATIONS - INTERNATIONAL

| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Plenary Session Speaker |
|---|---|---|
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Symposium Speaker |
| 2009 | Karolinska Institutet, Stockholm Sweden | Invited Lecturer |
| 2012 | Cuban National Center for Sex Education (CENESEX), Havana, Cuba | Invited Speaker |

| 2013 | Swedish Gender Clinics Annual Meeting, Stockholm, Sweden | Keynote Speaker |
|------|------|------|
| 2013 | Conference on International Issues in Transgender care, United Nations Development Programme - The Lancet, Beijing, China | Expert Consultant |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Track Chair |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Symposium Chair |
| 2015 | Israeli Center for Human Sexuality and Gender Identity, Tel Aviv | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Symposium Chair |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |
| 2018 | Brazil Professional Association for Transgender Health, Sao Paulo | |
| 2018 | World Professional Association for Transgender Health, Buenos Aires | Invited Speaker |

## INVITED PRESENTATIONS - NATIONAL

| 1990 | Being Alive Medical Update, Century Cable Television | Televised Lecturer |
|------|------|------|
| 1992 | Institute on Hospital and Community Psychiatry, Toronto | Symposium Speaker |
| 1992 | Academy of Psychosomatic Medicine Annual Meeting, San Diego | Symposium Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Chair |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Speaker |

| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Paper Session Co-chair |
|------|------|------|
| 1995 | Spring Meeting of the Association of Gay and Lesbian Psychiatrists, Miami Beach | Symposium Chair |
| 1996 | American Psychiatric Association 152nd Annual Meeting, New York | Workshop Speaker |
| 1997 | American Psychiatric Association Annual Meeting, San Diego | Workshop Speaker |
| 1997 | Gay and Lesbian Medical Association Annual Symposium | Invited Speaker |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Presenter |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Workshop Chair |
| 2000 | American Psychiatric Association Annual Meeting, Chicago | Workshop Chair |
| 2000 | National Youth Leadership Forum On Medicine, University of California, Berkeley | Invited Speaker |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Workshop Chair |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Media Program Chair |
| 2001 | Association of Gay and Lesbian Psychiatrists Symposium, New Orleans | Chair |
| 2001 | Harry Benjamin International Gender Dysphoria Association Biennial Meeting, Galveston, Texas | Invited Speaker |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Media Program Chair |

| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
|------|------------------------------------------------------------|----------------|
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2003 | Association of Gay and Lesbian Psychiatrists CME Conference | Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Co-Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Workshop Chair |
| 2003 | American Public Health Association Annual Meeting, San Francisco | Invited Speaker |
| 2004 | Mission Mental Health Clinic Clinical Conference | Invited Speaker |
| 2004 | Association of Gay and Lesbian Psychiatrists Conference, New York | Co-Chair |
| 2004 | Mental Health Care Provider Education Program: Los Angeles. Sponsored by the American Psychiatric Association Office of HIV Psychiatry | Invited Speaker |
| 2005 | American Psychiatric Association Annual Meeting, Atlanta | Workshop Speaker |
| 2005 | Association of Gay and Lesbian Psychiatrists Saturday Symposium | Invited Speaker |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco | Invited Speaker |
| 2009 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Chair |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |

| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |
|------|-----------------------------------------------------------------------------------|-----------------|
| 2011 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2012 | Gay and Lesbian Medical Association Annual Meeting | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco | Invited Speaker |
| 2013 | Gay and Lesbian Medical Association, Denver, CO | Invited Speaker |
| 2014 | American Psychiatric Association Annual Meeting, New York | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Moderator |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Workshop Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Course Faculty |
| 2016 | American Psychiatric Association Annual Meeting | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Atlanta | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Springfield, MO | Course Faculty |

| 2016 | World Professional Association for Transgender Health Global Education Initiative, Fort Lauderdale, FL | Course Faculty |

| 2017 | World Professional Association for Transgender Health, GEI, Los Angeles Course Faculty | |

| | World Professional Association for Transgender Health Surgeon's Training, Irvine, CA Course Faculty | |

| 2017 | American Urological Association Annual Meeting, San Francisco CA | Invited Speaker |

| 2018 | World Professional Association for Transgender Health GEI, Portland OR, Course Faculty | |

| 2018 | World Professional Association for Transgender Health GEI, Palm Springs, Course Faculty | |

| 2018 | American Society for Adolescent Psychiatry Annual Meeting, San Francisco, Speaker | |

| 2018 | American Psychiatric Association Annual Meeting, San Francisco, Session Chair | |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| 1990 | Advanced Group Therapy Seminar, UCLA Neuropsychiatric Institute | Invited Lecturer |
| 1991 | Joint Project of the Southern California AIDS Interfaith Council and UCLA School of Medicine | Symposium Speaker |
| 1991 | Joint Project of the Southern California AIDS Interfaith Council and UCLA School of Medicine | Workshop Panelist |
| 1992 | Advanced Group Therapy Seminar, UCLA Neuropsychiatric Institute | Invited Lecturer |
| 1993 | UCSF School of Nursing | Invited Lecturer |
| 1995 | UCSF/SFGH Department of Medicine Clinical Care Conference | Invited Speaker |
| 1996 | UCSF School of Nursing | Invited Speaker |
| 1996 | Psychopharmacology for the Primary Care AIDS/Clinician, series of four lectures, UCSF Department of Medicine | Invited Lecturer |

| 1996 | UCSF AIDS Health Project Psychotherapy Internship Training Program | Invited Speaker |
| 1996 | UCSF/SFGH Department of Medicine AIDS Quarterly Update | Invited Speaker |
| 1996 | San Francisco General Hospital, Division of Addiction Medicine | Invited Speaker |
| 1996 | UCSF Langley Porter Psychiatric Hospital and Clinics Grand Rounds | Invited Speaker |
| 1997 | UCSF School of Nursing | Invited Speaker |
| 1997 | UCSF Department of Medicine AIDS Program | Invited Speaker |
| 1997 | Northern California Psychiatric Society Annual Meeting, Monterey | Workshop Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1997 | Northern California Psychiatric Society LGBT Committee Fall Symposium | Chair |
| 1997 | Progress Foundation, San Francisco | Invited Speaker |
| 1998 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | University of California, Davis, Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | California Pacific Medical Center Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | San Francisco General Hospital Department of Psychiatry Departmental Case Conference | Discussant |
| 2000 | Langley Porter Psychiatric Hospital and Clinics Consultation Liaison Seminar | Invited Speaker |
| 2000 | San Francisco General Hospital, Psychopharmacology Seminar | Invited Speaker |
| 2000 | UCSF Transgender Health Conference, Laurel Heights Conference Center | Invited Speaker |

| | | |
|---|---|---|
| 2000 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2000 | Community Consortium Treatment Update Symposium, California Pacific Medical Center, Davies Campus | Invited Speaker |
| 2000 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 2001 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2003 | Tom Waddell Health Center Inservice | Invited Speaker |
| 2003 | San Francisco Veterans Affairs Outpatient Clinic | Invited Speaker |
| 2004 | San Francisco General Hospital Psychiatric Emergency Service Clinical Conference | Invited Speaker |
| 2004 | South of Market Mental Health Clinic, San Francisco | Invited Speaker |
| 2005 | Northern Psychiatric Psychiatric Society Annual Meeting | Invited Speaker |
| 2005 | Equality and Parity: A Statewide Action for Transgender HIV Prevention and Care, San Francisco | Invited Speaker |
| 2005 | San Francisco General Hospital Department of Psychiatry Grand Rounds. | Invited Speaker |
| 2006 | SFGH/UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2007 | UCSF Department of Medicine, HIV/AIDS Grand Rounds, Positive Health Program | Invited Speaker |
| 2007 | California Pacific Medical Center LGBT Health Symposium, San Francisco LGBT Community Center | Invited Speaker |
| 2007 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2008 | UCSF Department of Medicine, Positive Health Program, HIV/AIDS Grand Rounds | Invited Speaker |
| 2008 | San Francisco General Hospital Psychiatry Grand Rounds | Invited Speaker |
| 2008 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2010 | Northern California Psychiatric Society Annual Meeting, Monterey, CA | Invited Speaker |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University | Invited Speaker |
| 2011 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 2012 | UCSF AIDS Health Project | Invited Speaker |

| | | |
|---|---|---|
| 2012 | San Francisco Veterans Affairs Medical Center. | Invited Speaker |
| 2013 | Association of Family and Conciliation Courts Conference, Los Angeles, CA | Invited Speaker |
| 2014 | UCSF Transgender Health elective | Invited Speaker |
| 2014 | UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2014 | California Pacific Medical Center Department of Psychaitry Grand Rounds | Invited Speaker |
| 2014 | UCLA Semel Institute Department of Psychiatry Grand Rounds | Invited Speaker |
| 2015 | UCSF Transgender Health elective | Invited Speaker |
| 2015 | Fenway Health Center Boston, MA (webinar) | Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs | Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs | Co-Chair |
| 2015 | Santa Clara Valley Medical Center Grand Rounds | Invited Speaker |
| 2016 | UCSF School of Medicine Transgender Health elective | Invited Speaker |
| 2016 | Langley Porter Psychiatric Institute APC Case Conference | Invited Speaker (2 session series) |
| 2016 | Zuckerberg San Francisco General Department of Psychiatry Grand Rounds | Invited Speaker |
| 2016 | UCSF Mini-Medical School Lectures to the Public | Invited Speaker |

**CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES**

| | |
|---|---|
| 2005 | Northern California Psychiatric Society |
| 2005 | Northern California Psychiatric Society Annual Meeting, Napa |
| 2005 | Association of Gay and Lesbian Psychiatrist Annual Conference |
| 2006 | Annual Meeting, American Psychiatric Association, Atlanta |
| 2006 | Annual Meeting, American Psychiatric Association, Toronto |
| 2006 | Institute on Psychiatric Services, New York |
| 2007 | Association of Gay and Lesbian Psychiatrists Annual Conference |
| 2007 | American Psychiatric Association Annual Meeting, San Diego |
| 2007 | The Medical Management of HIV/AIDS, a UCSF CME Conference |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco |
| 2009 | American Psychiatric Association, San Francisco |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway |

| 2010 | Annual Meeting of the Northern California Psychiatric Society, Monterey, CA |
|------|---------|
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University |
| 2011 | National Transgender Health Summit, San Francisco |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA |
| 2011 | Institute on Psychiatric Services, San Francisco |
| 2012 | Gay and Lesbian Medical Association Annual Meeting, San Francisco |
| 2013 | National Transgender Health Summit, Oakland, CA |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco |
| 2013 | Gay and Lesbian Medical Association, Denver, CO |
| 2014 | American Psychiatric Association Annual Meeting, New York |
| 2014 | Institute on Psychiatric Services, San Francisco |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium |
| 2015 | National Transgender Health Summit, Oakland |
| 2015 | American Psychiatric Association Annual Meeting, Toronto |
| 2016 | American Psychiatric Association Annual Meeting, Atlanta |
| 2016 | World Professional Association for Transgender Health, Amsterdam |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 1998 - 2002 | City and County of San Francisco Human Rights Commission LGBT Advisory Committee | Member |
|------|---------|--------|

## SERVICE ACTIVITIES SUMMARY

My current service work focuses on developing transgender care at UCSF, nationally, and internationally.

I worked with urologist Maurice Garcia, MD on developing protocols as well as outcome measures for the UCSF Transgender Surgery Program at UCSF Medical Center. I am on the Medical Advisory Board of the UCSF Center of Excellence for Transgender Care, and have co-written the mental health section of the original Primary Care Protocols and the new revision. I have chaired the Mental Health Track of UCSF's National Transgender Health Summit since its inception in 2011. I am a founder and co-chair of the Gender Team at the UCSF Alliance Health Project. I helped develop, and participated as a trainer, in the San Francisco Department of Public Health provider training program for care of transgender patients and for mental health assessments for surgery, and have worked in program development for the SFDPH Transgender Health Services surgery program.

I am the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, which developed a CME course fort the 2015 and 2016 APA Annual Meetings, and is now embarking on a larger educational mission to train American psychiatrists to better care for transgender patients. I have been leading education efforts in transgender health at APA meetings since 1998. On the APA Workgroup on Gender Dysphoria, I am a co-author of a paper of transgender issues that has been approved by the American Psychiatric Association as a resource document and is in press for the American Journal of Psychiatry. I am also the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

I am active internationally in transgender health through my work as a member of the Board of Directors of the World Professional Association for Transgender Health. I am an author of the WPATH Standards of Care, Version 7, and am Chapter Lead for the Mental Health Chapter of SOC 8. I chaired of the WPATH Public Policy Committee and was a member of the Global Education Initiative, which developed a specialty certification program in transgender health. I helped plan the 2016 WPATH Amsterdam conference, and was on the scientific committee for the last four biennial international conferences. I was on the founding committee of USPATH, the national affiliate of WPATH, and I chaired the inaugural USPATH conference, in Los Angeles in 2017. As a member of the steering committee of the WPATH Global Educational Initiative, I helped train over 1000 health providers in transgender health, and helped develop a board certification program and examination in transgender health.

## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 1991 - present | HIV/AIDS Task Force | Member |
| 1992 - 1993 | HIV Research Group | Member |
| 1992 - 1997 | Space Committee | Member |
| 1992 - present | Gay, Lesbian and Bisexual Issues Task Force | Member |
| 1994 - 1997 | SFGH Residency Training Committee | Member |
| 1996 - 1997 | Domestic Partners Benefits Subcommittee. | Chair |
| 1996 - 2000 | Chancellor's Advisory Committee on Gay, Lesbian, Bisexual and Transgender Issues. | Member |
| 1996 - 2003 | HIV/AIDS Task Force | Co-Chair |
| 1996 - 2003 | Cultural Competence and Diversity Program | Member |
| 2009 - present | Medical Advisory Board, UCSF Center of Excellence for Transgender Health | Member |
| 2010 - present | Steering Committee, Child Adolescent Gender Center | Member |
| 2011 - present | Mental Health Track, National Transgender Health Summit | Chair |

## DEPARTMENTAL SERVICE

| | | |
|---|---|---|
| 1991 - present | San Francisco General Hospital, Department of Psychiatry, HIV/AIDS Task Force | Member |

| 1992 - 1993 | San Francisco General Hospital, Department of Psychiatry, HIV Research Group | Member |
| 1992 - 1997 | San Francisco General Hospital, Department of Psychiatry, Space Committee | Member |
| 1992 - 2003 | San Francisco General Hospital, Department of Psychiatry, GLBT Issues Task Force | Member |
| 1994 - 1997 | San Francisco General Hospital, Department of Psychiatry, Residency Training Committee | Member |
| 1996 - 2003 | San Francisco General Hospital, Department of Psychiatry, Cultural Competence and Diversity Program | Member |
| 1996 - 2003 | San Francisco General Hospital, Department of Psychiatry, HIV/AIDS Task Force | Co-Chair |
| 2012 - present | San Francisco Department of Public Health Gender Competence Trainings Committee | Member |
| 2013 - present | San Francisco Department of Public Health Transgender Health Implementation Task Force | Member |
| 2014 - present | San Francisco General Hospital, Department of Psychiatry, Transgender Surgery Planning Workgroup | Member |

## PEER REVIEWED PUBLICATIONS

1. Berliner JA, Frank HJL, **Karasic D**, Capdeville M. Lipoprotein-induced insulin resistance in aortic endothelium. Diabetes. 1984; 33:1039-44.

2. Bradberry CW, **Karasic DH**, Deutch AY, Roth RH. Regionally-specific alterations in mesotelencephalic dopamine synthesis in diabetic rats: association with precursor tyrosine. Journal of Neural Transmission. General Section, 1989; 78:221-9.

3. Targ EF, **Karasic DH**, Bystritsky A, Diefenbach PN, Anderson DA, Fawzy FI. Structured group therapy and fluoxetine to treat depression in HIV-positive persons. Psychosomatics. 1994; 35:132-7.

4. Karasic DH. Homophobia and self-destructive behaviors. The Northern California Psychiatric Physician. 1996; 37 Nov.-Dec. Reprinted by the Washington State Psychiatric Society and the Southern California Psychiatric Society newsletters.

5. Karasic D. Anxiety and anxiety disorders. Focus. 1996 Nov; 11(12):5-6. PMID: 12206111

6. Polansky JS, **Karasic DH**, Speier PL, Hastik KL, Haller E. Homophobia: Therapeutic and training considerations for psychiatry. Journal of the Gay and Lesbian Medical Association. 1997 1(1) 41-47.

7. Karasic DH. Progress in health care for transgendered people. Editorial. Journal of the Gay and Lesbian Medical Association, 4(4) 2000 157-8.

8. Perry S, **Karasic D**. Depression, adherence to HAART, and survival. Focus: A Guide to AIDS Research and Counseling. 2002 17(9) 5-6.

9. Fraser L, **Karasic DH**, Meyer WJ, Wylie, K. Recommendations for Revision of the DSM Diagnosis of Gender Identity Disorder in Adults. International Journal of Transgenderism. Volume 12, Issue 2. 2010, Pages 80-85.

10. Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., **Karasic D** and 22 others. (2011). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version. International Journal of Transgenderism, 13:165-232, 2011

11. Tsai AC, **Karasic DH**, et al. Directly Observed Antidepressant Medication Treatment and HIV Outcomes Among Homeless and Marginally Housed HIV-Positive Adults: A Randomized Controlled Trial. American Journal of Public Health. February 2013, Vol. 103, No. 2, pp. 308-315.

12. Tsai AC, Mimmiaga MJ, Dilley JW, Hammer GP, **Karasic DH**, Charlebois ED, Sorenson JL, Safren SA, Bangsberg DR. Does Effective Depression Treatment Alone Reduce Secondary HIV Transmission Risk? Equivocal Findings from a Randomized Controlled Trial. AIDS and Behavior, October 2013, Volume 17, Issue 8, pp 2765-2772.

13. **Karasic DH**. Protecting Transgender Rights Promotes Transgender Health. LGBT Health. 2016 Aug; 3(4):245-7. PMID: 27458863

14. Winter S, Diamond M, Green J, **Karasic D**, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. Lancet. 2016 Jul 23;388(10042):390-400. doi: 10.1016/S0140-6736(16)00683-8. Review./> PMID: 27323925

15. Grelotti DJ, Hammer GP, Dilley JW, **Karasic DH**, Sorensen JL, Bangsberg DR, Tsai AC. Does substance use compromise depression treatment in persons with HIV? Findings from a randomized controlled trial. AIDS Care. 2016 Sep 2:1-7. [Epub ahead of print]/> PMID: 27590273

16. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, **Karasic DH**, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG.
Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. J Clin Child Adolesc Psychol. 2016 Oct 24:1-11. [Epub ahead of print]/> PMID: 27775428

17. Milrod C, **Karasic DH**. Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. J Sex Med 2017;14:624–634.

18. **Karasic, DH** & Fraser, L Multidisciplinary Care and the Standards of Care for Transgender and Gender Non-conforming Individuals. Schechter, L & Safa, B. (Eds.) Gender Confirmation Surgery, Clinics in Plastic Surgery Special Issue, Vol 45, Issue 3, pp 295-299. 2018 Elsevier,Philadelphia. https://doi.org/10.1016/j.cps.2018.03.016

19. Milrod C, Monto M, **Karasic DH.** Recommending or Rejecting "the Dimple": WPATH-Affiliated Medical Professionals' Experiences and Attitudes Toward Gender-Confirming Vulvoplasty in Transgender Women. J Sex Med. 2019 Apr;16(4):586-595. doi: 10.1016/j.jsxm.2019.01.316. Epub 2019 Mar 2.

## BOOKS AND CHAPTERS

1. **Karasic DH**, Dilley JW.  Anxiety and depression: Mood and HIV disease.  In: The UCSF AIDS Health Project Guide to Counseling: Perspectives on Psychotherapy, Prevention, and Therapeutic Practice. Dilley JW and Marks R,  eds. Jossey-Bass. San Francisco, 1998,  pp.227-248.

2. **Karasic DH**, Dilley JW. Human immunodeficiency-associated psychiatric disorders. In: The AIDS Knowledge Base, Third Edition. Cohen PT, Sande MA, Volberding PA, eds. Lippincott-Williams &Wilkens, Philadelphia, 1999, pp. 577-584.

3. **Karasic DH** and Drescher J. eds.  Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation. 2005. Haworth Press, Binghamton, NY. (Book Co-Editor)

4. **Karasic DH**. Transgender and Gender Nonconforming Patients. In: Clinical Manual of Cultural Psychiatry, Second Edition. Lim RF ed.  pp 397-410. American Psychiatric Publishing, Arlington VA. 2015.

5. **Karasic DH**. Mental Health Care of the Transgender Patient. In: Comprehensive Care of the Transgender Patient, Ferrando CA ed. pp. 8-11.  Elsevier, 2019.

6. **Karasic DH.** The Mental Health Assessment for Surgery. In: Gender Confirmation Surgery – Principles and Techniques for an Emerging Field. Schechter L ed. Springer Nature, in press 2019.


## OTHER PUBLICATIONS

1. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Treatment issues.  In: Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base. Waltham, MA: The Medical Publishing Group/ Massachusetts Medical Society. 1994. pp. 5.31-1-5.

2. **Karasic DH**, Dilley JW.  HIV-associated psychiatric disorders:  Clinical syndromes and diagnosis.  In:  Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base, Second Edition. Waltham, MA: The Medical Publishing Group/Massachusetts Medical Society. 1994 pp. 5.30-1-5.

3. **Karasic DH**. A primer on transgender care. In: Gender and sexuality. The Carlat Report Psychiatry. April 2012. Vol 10, Issue 4.

4. **Karasic D and Ehrensaft D.** We must put an end to gender conversion therapy for kids. Wired. 7/6/15.


## EXPERT WITNESS AND CONSULTATION ON TRANSGENDER CARE AND RIGHTS

2008    Consultant, California Department of State Hospitals

2012    Dugan v. Lake, Logan UT

2012    XY v. Ontario http://www.canlii.org/en/on/onhrt/doc/2012/2012hrto726/2012hrto726.html

2014    Cabading v California Baptist University

2014    CF v. Alberta
        http://www.canlii.org/en/ab/abqb/doc/2014/2014abqb237/2014abqb237.html

2017    United Nations Development Programme consultant, transgender health care and legal
        rights in the Republic of Vietnam; Hanoi.

2017-   Forsberg v Saskatchewan; Saskatchewan Human Rights v Saskatchewan
2018    https://canliiconnects.org/en/summaries/54130
        https://canliiconnects.org/en/cases/2018skqb159

2018    United Nations Development Programme consultant, transgender legal rights in
        Southeast Asia; Bangkok.

2018    Consultant, California Department of State Hospitals

2019    Consultant/Expert, Disability Rights Washington

2019    Consultant/Expert, ACLU Washington

2021    Consultant, California Department of Corrections and Rehabilitation