Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR, Secretary of The Department of Corrections, in his official capacity,

Defendants,

and

BONNEVILLE INTERNATIONAL, INC. a Utah Corporation, d.b.a KIRO Radio 97.3 FM; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual,

Interested Parties.

No. 4:21-cv-05059-TOR

DECLARATION OF JOHN DOE 1

I, ███████ declare and state as follows:

JOHN DOE 1 DECLARATION - 1

1. I am over the age of 18 and competent to make this declaration. I live in Franklin County, Washington.

2. I am incarcerated in the Coyote Ridge Corrections Center.

3. The Department of Corrections (DOC) has a lot of really private information about me. If people knew this information, and it were out in public, that could put me in danger in the prison and in the community. They have information that identifies me as transgender, and whether I am vulnerable to sexual assault and why that might be the case due to my mental health and medical status. This informational is highly personal and private. It should not be disclosed to others. If it were disclosed it would be embarrassing to me. It would also make me more of a target for harassment, sexual assault, and other forms of violence in prison and the community. If DOC shared this information it would also be sharing personal information about my medical and mental health history and services I have received while in DOC.

4. The purpose of this lawsuit is to save me from the embarrassment and harm that will result if my personal information is disclosed. As discussed here, I have significant concerns about my privacy and safety if my identity and information were released to the public. I am concerned that my name being used in connection with this lawsuit will have the actual result of disclosing the personal information that I am seeking to keep private. I also have concerns that DOC and its staff, the requestors, and the public would subject me to retaliation or ridicule if my name were used in this action. For these reasons, and those stated above, I desire to proceed anonymously.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  I declare under penalty of perjury under the laws of the United States of
2  America the foregoing statements are true and correct.
3  Dated this 5th day of April 2021 at ███████ ███, Washington.

[signature redacted]

JOHN DOE 1 DECLARATION - 3

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961