1  Joe Shaeffer, WSBA #33273
2  MacDonald Hoague & Bayless
   705 Second Avenue, Suite 1500
3  Seattle, WA 98104-1745
   206-622-1604
4
5
                UNITED STATES DISTRICT COURT
6        EASTERN DISTRICT OF WASHINGTON AT RICHLAND

7  JOHN DOE 1; JOHN DOE 2; JANE
   DOE 1; JANE DOE 2; JANE DOE 3;         No. 4:21-cv-05059-TOR
8  and all persons similarly situated,
                                          DECLARATION OF JOHN DOE 2
9                 Plaintiffs,

10        v.

11 WASHINGTON STATE
   DEPARTMENT OF CORRECTIONS;
12 STEPHEN SINCLAIR, Secretary of The
   Department of Corrections, in his official
13 capacity,

14                Defendants,

15        and

16 BONNEVILLE INTERNATIONAL,
   INC. a Utah Corporation, d.b.a KIRO
17 Radio 97.3 FM; THE MCCLATCHY
   COMPANY, LLC, a California Limited
18 Liability Company, d.b.a. The Tacoma
   News Tribune; and ANDREA KELLY,
19 an individual,

20                Interested Parties.

21

22
          I, ███████████, declare and state as follows:
23

JOHN DOE 2 DECLARATION - 1

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1. I am over the age of 18 and competent to make this declaration. I live in King County, Washington.

2. I am a transgender man. My legal name is ▮▮▮▮▮▮▮▮. At birth, I was assigned the female name ▮▮▮▮▮▮▮▮, and I am known by this name to the Washington Department of Corrections (DOC). I was born on ▮▮▮▮▮▮▮▮.

3. In 2004, I was incarcerated in a woman's prison, and in 2016, I came out and began my long and hard transition to finding social and personal acceptance as a man. While incarcerated, I received years of counseling from mental health workers in the Department of Corrections, hormone treatment, and gender-affirming surgery. I also changed my legal name and my legal gender marker on my state identification. While incarcerated, I had to be known as transgender in order to access the basic tools I needed to live as a man and control my gender dysphoria, like certain commissary and clothing items like chest binders and boxer shorts. I did this in order to survive and live my life as a man.

4. I was released from prison this year. Now, I am pretty much stealth in the community, by which I mean that people do not know that I am transgender – they just know me as a man. They do not know that I used to be a woman. I have worked really hard to be stealth, and that is important to me for my mental health. It is also important to me for my safety, because I am afraid that people would attack me or sexually assault me if they knew that I am transgender. I am also afraid that people would discriminate against me if they knew that I am transgender. I am worried that I will have a hard time finding a job and finding an apartment. Where I live now very few people know that I am transgender, and I

feel safe here. That would not be true if people in general knew I were transgender. I also come from a very traditional, religious family. Not everyone knows that I am a man. I am worried that I would lose relationships with members of my family if they knew I am a man.

5. I am also worried about how being outed by DOC would impact my mental health. In my life I have been diagnosed with recurrent major depressive disorder, borderline personality disorder, and other things. From my personal history I think if I were outed I would probably sink into a deep depression and I would isolate myself from other people. Sometimes I can feel my mind unravelling, and like I am not going to make it. If I am outed by DOC I am afraid that I would harm myself. I have spent years coming to terms with my male identity and getting to a place where people just know me as a man, and if DOC outs me that could all be undone.

6. When I came out in DOC, I was told to provide my most sensitive personal details about myself, including my sexual history, my gender history, and my history of sexual abuse. I did this because I trusted that DOC was trying to keep me safe and that they would keep my information private. I disclosed that I was transgender. I disclosed information about my medical care and my anatomy. I disclosed that ▮▮▮▮▮ sexually molested me. My family would probably disown me if they knew that I had shared this information. People have asked about how I am doing in therapy and my mental health status, as well as my therapy treatment goals. DOC has information about whether they think I look feminine or

masculine. It would be very embarrassing to me if all this information were made public.

7. DOC asked me if I wanted my transgender identity kept confidential from other people, and I wrote or said yes. This has happened at least once. Now I see they might be going back on their word.

8. I am now living in the community as a man, and I feel pretty free, even though I remain under the supervision of the Community Corrections division of DOC, and will be for about three more years. It is frustrating that DOC – the people who claimed to help me and used this information to protect me and treat me – would allow my information to be disclosed to the world. I feel really betrayed.

9. The purpose of this lawsuit is to save me from the embarrassment and harm that will result if my personal information is disclosed. As discussed here, I have significant concerns about my privacy and safety if my identity and information were released to the public. I am concerned that my name being used in connection with this lawsuit will have the actual result of disclosing the personal information that I am seeking to keep private. I also have concerns that the DOC and its staff, the requestors, and the public would subject me to retaliation or ridicule if my name were used in this action. For these reasons, and those stated above, I desire to proceed anonymously.

JOHN DOE 2 DECLARATION - 4

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  I declare under penalty of perjury under the laws of the United States of
2  America the foregoing statements are true and correct.
3      Dated this  5   day of April 2021 at ███████████████ , Washington.
4
5
6
7                              ████████████████████
8                         ██████████████
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

JOHN DOE 2 DECLARATION - 5

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961