```
 1  Joe Shaeffer, WSBA #33273
    MacDonald Hoague & Bayless
 2  705 Second Avenue, Suite 1500
    Seattle, WA 98104-1745
 3  206-622-1604
 4
 5
                    UNITED STATES DISTRICT COURT
 6           EASTERN DISTRICT OF WASHINGTON AT RICHLAND

 7  JOHN DOE 1; JOHN DOE 2; JANE
    DOE 1; JANE DOE 2; JANE DOE 3;      No. 4:21-cv-05059-TOR
 8  and all persons similarly situated,
                                        DECLARATION OF JANE DOE 1
 9                  Plaintiffs,

10         v.

11  WASHINGTON STATE
    DEPARTMENT OF CORRECTIONS;
12  STEPHEN SINCLAIR, Secretary of The
    Department of Corrections, in his official
13  capacity,

14                  Defendants,

15         and

16  BONNEVILLE INTERNATIONAL,
    INC. a Utah Corporation, d.b.a KIRO
17  Radio 97.3 FM; THE MCCLATCHY
    COMPANY, LLC, a California Limited
18  Liability Company, d.b.a. The Tacoma
    News Tribune; and ANDREA KELLY,
19  an individual,

20                  Interested Parties.

21
22
23         I, ███████████, declare and state as follows:
```

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1. I am over the age of 18 and competent to make this declaration. I live in Pierce County, Washington.

2. I am a woman who lives in the Washington Corrections Center for Women (WCCW). I was assigned the male sex at birth. I transitioned approximately nine years ago. I have had gender affirming surgery and am registered as a female on most of my government documents. I also have changed my legal name to ███████, a more feminine name than the male name I was assigned at birth. In the community many people did not know that I am transgender, unless I told them. This allowed me control over my personal history and my story. When I was arrested, I was housed with other women in the county jail. From there I was transferred to WCCW.

3. When I came to prison I had the fear that I would be a target. I knew that if other people in custody or officers were to know that I am transgender that I would be targeted for assault, harassment, false allegations, and other problems. People not knowing that I am transgender keeps me safe. When people see me they do not think that I am transgender, they look at me and think that I am a cisgender woman. If people were to know for sure because my information were released by the Department of Corrections (DOC), I would be a much bigger target.

4. I am very concerned about all of my information getting out. One piece of information I am particularly concerned about is whether I have had surgery. I want it to be that I am just a female. A lot of the times when people find out a person is transgender, they might ask if they've had surgery, and what surgeries they have had. This is extremely harmful and invasive. It is literally

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

asking to see my private parts, to know what my private parts look like. This is extremely private information about my body and there is no reason why it should be disclosed to anyone.

5. My earned release date is in a few years. I'm afraid that if DOC releases the information that they have about me I will have a hard time finding housing and a job in the community. One of the requirements for me to release is that I have to have a release address, or housing, approved by DOC. If there is a disclosure of my private information, I will have a harder time finding an address and I may serve additional prison time. I could also be subject to discrimination and have a harder time finding a job. Having all this information about me out there would put me at risk of violating my community custody and being sent back to prison. I also know that a lot of people do not like transgender people. They think we are perverse and bizarre, and they are afraid of us. They don't want to live with us, they don't want to work with us, and they want to hurt us. I honestly fear for my safety and for my life when I leave prison. I am afraid that I could get shot or hurt, or be victimized or sexually assaulted. I don't know why the government would release this information.

6. I have been diagnosed with depression, and like many people, in the past I have attempted suicide. I have done a lot of work to live in a way that is comfortable for me. If this information is disclosed, I would be at risk of harming myself again. I would like to believe that I am not there anymore and that I am strong enough to survive being outed by DOC. But at the end of the day it scares

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

me that if my information were put out there by DOC, that could send me right back to that time of self-harm.

7. The purpose of this lawsuit is to save me from the embarrassment and harm that will result if my personal information is disclosed. As discussed here, I have significant concerns about my privacy and safety if my identity and information were released to the public. I am concerned that my name being used in connection with this lawsuit will have the actual result of disclosing the personal information that I am seeking to keep private. I also have concerns that DOC and its staff, the requestors, and the public would subject me to retaliation or ridicule if my name were used in this action. For these reasons, and those stated above, I desire to proceed anonymously.

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  I declare under penalty of perjury under the laws of the United States of

2  America the foregoing statements are true and correct.

3  Dated this 5 day of April 2021 at ▇▇▇▇▇▇▇▇ Washington.

