CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Office of the Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Honorable Thomas O. Rice

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR,<br><br>Defendants,<br><br>and<br><br>BONNEVILLE INTERNATIONAL, THE MCCLATCHY COMPANY, and ANDREA KELLY,<br><br>Interested Parties. | NO. 4:21-cv-05059-TOR<br><br>STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

**STATEMENT OF FACTS**

1. The Department recognizes the unique challenges of managing the transgender, intersex and gender non-conforming inmate population in a penological
STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  setting. Department Policy 490.700, Transgender, Intersex, and/or Gender Non-Conforming Housing and Supervision, sets forth the procedures to ensure equitable treatment of transgender, intersex, and/or gender non-conforming individuals when determining housing, classification, programming and supervision. ECF No. 33, Attachment A

2.  Inmates may voluntarily request accommodations based on their gender identity to include choice of preferred pronouns, preferred gender to conduct searches/urinalysis, confidentiality preference, and housing safety concerns. Inmates seeking these accommodations fill out and sign the DOC Preferences Request form which specifically reiterates that the inmate is making the request freely, voluntarily and that the contents of the form are subject to the Public Records Act. The facility PREA compliance manager/specialist scans the form and a copy is maintained in OnBase, an electronic database. The form is maintained in a secured area of the OnBase network only accessible to limited staff which include the facility PREA compliance manager/specialist, the statewide PREA coordinator, classification staff, Deputy Director of Prisons and her office assistant. While the form itself may be maintained in a secured area with limited access to Department staff, the information on the form is not confidential. For example, if an inmate housed at a male facility specifically requests preferred pronouns such as she, her, or Miss, this information is provided to custody staff and volunteers by the inmate and/or the housing unit supervisors with the expectation that all staff use the preferred pronouns unless the use would implicate security or safety concerns. ECF No. 33, Attachment B.

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

3.  To ensure proper housing placement, individuals who identify as transgender, intersex, and/or gender non-conforming will have their housing placement reviewed every six months. Information related to reviews that recommend an individual's transfer to another facility is documented on the Housing Protocol for Transgender, Intersex, and Gender Non-Conforming Individuals form. The form is maintained in a secured area of the OnBase network only accessible to limited staff which include the facility PREA compliance manager/specialist, the statewide PREA coordinator, classification staff, Deputy Director of Prisons and her office assistant. ECF No. 33, Attachment C.

4.  As part of the Deputy Director of Prison's duties in ensuring processes are in place for the management of transgender, intersex, and gender non-conforming individuals and to assist with the statewide PREA Coordinator's responsibility to maintain a record of all transgender, intersex, and gender non-conforming individuals, she maintains an active spreadsheet which lists all inmates in DOC custody who have voluntarily identified as transgender, intersex, and gender non-conforming by filling out the Preference Form. In addition to the inmate's name, the spreadsheet contains such information as the inmate's DOC identification number, current facility location, date they arrived to that location, preferred pronouns, search preference, date(s) of housing reviews, and the computer pathway containing the link to the most recent housing review record. At any time, an inmate can ask to revoke their Preference Form and no longer self-identify as transgender, intersex, or gender non-conforming. The tracking spreadsheet is maintained in a secured area of the

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

agency's SharePoint network and accessible to limited staff which include the facility PREA compliance manager/specialist, the statewide PREA coordinator, Deputy Director of Prisons and her office assistant. ECF No. 33, Attachment D.

5. The Department does not keep separate statistical information related to the number of inmates who identify as transgender, intersex, and gender non-conforming nor does it maintain specific statistical information related to the transfer of these inmates from one prison facility to another. Information to answer statistical information would likely come from several document sources including use of the tracking spreadsheet, preference request forms and housing review forms. ECF No. 33.

6. As of April 13, 2021, there are 149 inmates who identify as intersex, transgender or gender non-conforming. The following is a breakdown of housing locations for these individuals according to the information maintained in the tracking spreadsheet with the number contained in parenthesis indicating the number of inmates (53) who requested their information remain confidential from others according to their signed preference forms:

| Prison Facility | Number of Inmates |
| --- | --- |
| Airway Heights Corrections Center | 22 (2) |
| Washington Corrections Center | 5 (3) |
| Washington Corrections Center for Women | 30 (13; 8 of which request their information remain confidential also |

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

4

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

| Prison Facility | Number of Inmates |
|---|---|
|  | request preferred pronouns he/him/his) |
| Stafford Creek Corrections Center | 29 (9; 4 of which request their information remain confidential also request preferred pronouns she/her/hers) |
| Coyote Ridge Corrections Center | 9 (2) |
| Washington State Penitentiary | 11 (6; 2 of which request their information remain confidential also request preferred pronouns she/her/hers) |
| Monroe Correctional Complex | 40 (16; 11 of which request their information remain confidential also request preferred pronouns she/her/hers) |
| Clallam Bay Corrections Center | 3 (3) |
| Mission Creek Corrections Center | 1 |

7. Three inmates have been transferred from a Washington state Department of Corrections male prison facility to the Washington Corrections Center for Women since January 1, 2021. Their preference request forms indicate the following information:

| Inmate | Request Gender Identity Confidential | Preferred Pronouns |
|---|---|---|
| 1 | Yes | Her, she, miss, girl, woman, female |
| 2 | No | She, her, Ms. |

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

5

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

| Inmate | Request Gender Identity Confidential | Preferred Pronouns |
|---|---|---|
| 3 | Yes | She, Her, Hers |

8. There are four additional individuals who were assigned male at birth currently housed at the Washington Corrections Center for Women. Their preference request forms indicate the following information:

| Inmate | Request Gender Identity Confidential | Preferred Pronoun |
|---|---|---|
| 4 | Yes | She |
| 5 | No | Transfemale |
| 6 | No | She, hers |
| 7 | No | She, her, hers |

9. There have been no incarcerated individuals who have transferred from the Washington Corrections Center for Women to a Washington state Department of Corrections male prison facility since January 1, 2021. ECF No. 33.

10. There is currently one individual assigned female at birth who is housed in a Washington state Department of Corrections male prison facility, Monroe Correctional Complex. His preference form indicates he does not request that his information be maintained confidential from others. ECF No. 33.

11. In order to determine the number of housing reviews and the decisions of those reviews, with recommendations regarding transfer to/from a Washington state Department of Corrections male prison facility to/from the Washington Corrections Center for Women, the Department would have to conduct a "hand search" of all housing reviews stored in each individual's OnBase record in their

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

6

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  OMNI electronic file. The Department has a log that tracks all housing reviews and the final decision. However, there is no official record that breaks down what the recommendation is from the facility Multi-Disciplinary Team and if that was the final decision from Headquarters, or if the Headquarters decision was contrary to the facility Multi-Disciplinary Team recommendation. The decision just notes the final decision – such as "maintain placement at SCCC" or "transfer to SCCC" or "transfer to WCCW." Records containing this information could include an individual's bi-annual housing review forms, Transgender, Intersex, and Gender Non-Conforming Housing Multi-Disciplinary Team forms and/or any notes maintained in OMNI. ECF No. 33.

12. Any information related to an individual's request, scheduling and receipt of gender affirming surgery would be maintained in the individual's medical and mental health records. An individual's medical and mental information is considered protected health information and is only shared with custody staff on a very limited basis to the extent that it is necessary to ensure access to accommodations or other security concerns. For an example, an individual's request or receipt of gender affirming surgery would not be shared with custody staff. However, if the individual needed access to accommodations related to the surgery, such as access to durable medical equipment or bodily search requirements, that specific and limited information would be shared with necessary staff. ECF No. 33, Attachment E.

///

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

7

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

13. Requests for records related to an incarcerated individual's sentence and housing transfer information would likely be provided through the individual's legal face sheet. The legal face sheet contains data of basic information related to their custody including demographics, emergency contact, sentence, housing, infraction, custody level, diet, earned time credit, and custody facility plan information. ECF No. 33.

14. On March 12, 2021, the Department received a request through the online portal from Stacia Glenn at stacia.glenn@thenewstribune.com. The request specifically sought: "1. The number of transgender or gender non-conformist inmates who have been transferred to the Washington Corrections Center for Women (WCCW) in recent months. 2. The dates these incarcerated individuals were transferred to WCCW and the facilities they were transferred from. 3. The names and ages of these incarcerated individuals and the convictions they are currently serving time for. 4. The number of complaints and or disciplinary actions taken against these incarcerated individuals and any records associated with those complaints or disciplinary actions." The request was assigned tracking number P-19274. ECF No. 34, Attachment B.

18. On March 16, 2021, the Department received a request through the online portal from Aaron Granillo at agranillo@bonneville.com. The request specifically sought "1. The number of transgender inmates currently housed in DOC prison facilities. 2. The number of transgender inmates who are currently waiting to be transferred to a prison matching their sexual identity. 3. The number of inmates evaluated and confirmed by DOC to be transgendered. 4. The number of transfer

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

8

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

requests made by transgender individuals that have been approved and denied. 5. Records explaining the reasoning for any denial of a transgendered incarcerated individuals request for transfer. 6. The number of transgendered incarcerated individuals who have requested gender reassignment surgery. 7. The number of transgendered incarcerated individuals who have requested and received gender reassignment surgery. 8. The number of transgendered incarcerated individuals who are currently scheduled for gender reassignment surgery. 9. The names of all transgendered incarcerated individuals who have requested, received or are scheduled for gender reassignment surgery.10. Any infractions, complaints, reports, concerns submitted by other staff or other incarcerated individuals regarding the following individuals: Princess Zoee Marie Andromeda-Love, DOC #328585; Donna Perry, DOC #400378; William E. Martin Jr., DOC #401212; Fernando F. Chirinos, DOC #327881; Bryan P. Kim, DOC #315649; John L. Forrester, DOC #256322." The request was assigned tracking number P-19375. ECF No. 34, Attachment C.

19. On March 19, 2021, the Department received a request through the online portal from Andrea Kelly at akelly617@icloud.com. The request specifically sought "1. The number of transgender individuals currently incarcerated broken out by facility location. 2. Number of incarcerated individuals who have been transferred from a men's facility to a women's facility since January 1, 2021. 3. The number of male incarcerated individuals who identify as female, non-binary or any other gender identity who are currently housed at a Women's prison facility. 4. The number of incarcerated individuals who have transferred from a Women's facility to a Men's facility since

STATEMENT OF FACTS IN SUPPORT OF
DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
NO. 4:21-cv-05059-TOR

9

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  January 1, 2021. 5. The number of female incarcerated individuals who identify as male, non-binary or any other gender identity who are currently housed in a Men's prison facility." The request was assigned tracking number P-19460. ECF No. 34, Attachment D.

20.  The Department is in the process of identifying and gathering responsive records to all three requests. The Department has already identified and is prepared to provide a first installment of records responsive to P-19375 which contain 309 pages of infraction records for inmate Princess Zoee Marie Andromeda-Love, DOC #328585. ECF No. 34.

21.  When reviewing records responsive to the requests, the Department determines and applies redactions and withholdings under RCW 42.56 or other applicable statutes. The Department is currently unaware of any provision under RCW 42.56 or any other statute which specifically exempts an individual's gender identity from public disclosure. ECF No. 34.

22.  With respect to DOC 02-420 Preferences form, DOC 02-384 Housing Protocol for Transgender, Intersex and Gender Non-Conforming Individuals form, the Prison Risk Assessment, Prison Rape Elimination Act investigation reports, legal face sheets, infraction reports or grievance documents, none of these forms/documents are withheld in their entirety under RCW 42.56. While the form/document may be determined not to be withheld in its entirety, forms/documents could contain content that may be redacted under RCW 42.56. For example, if a legal face sheet was identified as responsive to a public records request, the individual's social security number, victim

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

10

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

information and other content exempt under RCW 42.56 would be redacted before providing the record to the requestor. ECF No. 34.

23.  In reviewing the tracking spreadsheet for inmates who identify as transgender, intersex and gender non-conforming, ECF No. 33, Attachment D, the document does not contain information that would be redacted or withheld under RCW 42.56. ECF No. 34.

24.  Without a signed authorization, any record contained in an inmate's medical file, which also includes records related to their mental health and dental treatment, would be withheld in their entirety under RCW 70.02. In addition, inmate medical, mental health, dental diagnosis and treatment information would be redacted if the information was included by a provider and contained outside of the inmate's medical record. For example, if an inmate's DOC 02-384 Housing Protocol for Transgender, Intersex and Gender Non-Conforming Individuals form included information related to the inmate's gender dysphoria diagnosis and treatment or genital anatomy from a mental health or medical provider, that information would be redacted from the document under RCW 70.02 before providing the record to the requestor in response to a PRA request. However, if the inmate included the information voluntarily in a grievance or some other record, the Department would not apply a redaction in response to a PRA request. ECF No. 34.

25.  The Department is unaware of any exemptions under RCW 42.56 or other statute which would permit redaction of information related to an inmate's sexual

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

11

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

orientation, sexual history, or history of alleged sexual victimization if contained outside of an inmate's medical record. ECF N0. 34.

26. Records currently identified as responsive to the PRA requests:

**P-19375: Requestor Aaron Granillo**

| Requested Records | Responsive Records |
|---|---|
| 1. The number of transgender inmates currently housed in DOC prison facilities. | Tracking Spreadsheet |
| 2. The number of transgender inmates who are currently waiting to be transferred to a prison matching their sexual identity. | Housing Review/MDT form |
| 3. The number of inmates evaluated and confirmed by DOC to be transgendered. | Tracking Spreadsheet |
| 4. The number of transfer requests made by transgender individuals that have been approved and denied. | Housing Review/MDT Forms |
| 5. Records explaining the reasoning for any denial of a transgendered incarcerated individuals request for transfer. | Housing Review/MDT Forms |
| 6. The number of transgendered incarcerated individuals who have requested gender reassignment surgery. | Record would be contained in the inmate's medical file and not subject to public disclosure without a signed release under RCW 70.02. |
| 7. The number of transgendered incarcerated individuals who have requested and received gender reassignment surgery. | There are no documents responsive to this request. |
| 8. The number of transgendered incarcerated individuals who are currently scheduled for gender reassignment surgery. | Record would be contained in the inmate's medical file and not subject to public disclosure without a signed release under RCW 70.02. |
| 9. The names of all transgendered incarcerated individuals who have requested, received or are scheduled for gender reassignment surgery. | Record would be contained in the inmate's medical file and not subject to public disclosure without a signed release under RCW 70.02. |

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

12

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

| Requested Records | Responsive Records |
|---|---|
| 10. Any infractions, complaints, reports, concerns submitted by other staff or other incarcerated individuals regarding the following individuals:<br>Princess Zoee Marie Andromeda-Love, DOC 328585<br>Donna Perry, DOC 400378<br>William E. Martin Jr., DOC 401212<br>Fernando F. Chirinos, DOC 327881<br>Bryan P. Kim, DOC 315649<br>John L. Forrester, DOC 256322 | Infraction records, PREA investigation records |

**P-19274: Requestor Stacia Glenn**

| Requested Docs | Responsive Records |
|---|---|
| 1. The number of transgender or gender non-conformist inmates who have been transferred to the Washington Corrections Center for Women (WCCW) since January 1, 2020. | Housing Review/MDT forms of 4 individuals |
| 2. The dates these incarcerated individuals were transferred to WCCW and the facilities they were transferred from. | Legal Face Sheet |
| 3. The names and ages of these incarcerated individuals and the convictions they are currently serving time for. | Legal Face Sheet |
| 4. The number of complaints and or disciplinary actions taken against these incarcerated individuals and any records associated with those complaints or disciplinary actions. | Infraction records, PREA complaints |

**P-19460: Requestor Andrea Kelley**

| Requested Docs | Responsive Docs |
|---|---|
| 1. The number of transgender individuals currently incarcerated broken out by facility location. | Tracking Spreadsheet |

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

13

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

| Requested Docs | Responsive Docs |
|---|---|
| 2. Number of incarcerated individuals who have been transferred from a men's facility to a women's facility since January 1, 2021. | Housing Review/MDT forms of 3 individuals |
| 3. The number of male incarcerated individuals who identify as female, non-binary or any other gender identity who are currently housed at a Women's prison facility. | Preference form of 7 individuals |
| 4. The number of incarcerated individuals who have transferred from a Women's facility to a Men's facility since January 1, 2021. | There are no documents responsive to this request. |
| 5. The number of female incarcerated individuals who identify as male, non-binary or any other gender identity who are currently housed in a Men's prison facility. | Housing Review/MDT form of 1 individual |

RESPECTFULLY SUBMITTED this 22nd day of April, 2021.

ROBERT W. FERGUSON
Attorney General

s/ Candie M. Dibble
CANDIE M. DIBBLE
WSBA #42279
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Candie.Dibble@atg.wa.gov

STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
NO. 4:21-cv-05059-TOR

14

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123