Candice Jackson (WSBA No. 39162)
cjackson@fmglaw.com
FREEMAN MATHIS & GARY, LLP
1010 B Street, Suite 300
San Rafael, California 94901
Telephone:   415.352.6434

On behalf of Women's Liberation Front,
Counsel for "Interested Party" and
Proposed Intervenor-Defendant ANDREA KELLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE1; JANE DOE2; JANE DOE 3; and all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPEHN SINCLAIR, Secretary of the Department of Corrections, in his official capacity,<br><br>　　　　Defendants,<br>　and,<br><br>BONNEVILLE INTERNATIONAL, INC., d.b.a. KIRO Radio 97.3 FM, a Utah Corporation; THE MCCLATCHY COMPANY, LLC, A California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual;<br><br>　　　　Interested Parties. | CASE NO.: 4:21-cv-05059-TOR<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO INTERVENE AND FOR PROCEDURAL RELIEF, OF "INTERESTED PARTY" AND PROPOSED INTERVENOR-DEFENDANT ANDREA KELLY<br><br>Assigned to: Hon. Thomas O. Rice |

This matter, having come before the Court on May 26, 2021, on the Motion to Intervene, and for Procedural Relief, of "Interested Party" and Proposed Intervenor-Defendant Andrea Kelly, and the Court having considered the written submissions of the parties, it is hereby ORDERED:

1. Andrea Kelly's Motion to Intervene is GRANTED;

2. The time for a party to file a response to Plaintiffs' Motion for Preliminary Injunction is extended to April 30, 2021 and leave is granted for any requestor listed as an "Interested Party" in the caption of this action to file such a response;

3. Leave is granted for Andrea Kelly to file, by April 30, 2021, a motion to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction or in the alternative to transfer venue of this action to the Western District of Washington; and

4. The motion hearing set for May 12, 2021 on Plaintiffs' Motion for Preliminary Injunction is continued, and reset to _____, 2021.

DATED this _____ day of _____, 2021.

                                             _____
                                             HONORABLE THOMAS O. RICE
                                             United States District Court Judge

[Proposed] Order Granting Motion to Intervene, and for Procedural Relief, of "Interested Party" and Proposed Intervenor-Defendant Andrea Kelly

2

Certificate of Service

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have emailed the document, from my email address (cjackson@fmglaw.com) to the following non-CM/ECF participants or interested parties who have not yet appeared in the action:

Michele Earl-Hubbard, michele@allliedlawgroup.com (counsel for The McClatchy Company, LLC dba The Tacoma News Tribune)

Jason Englund, jenglund@bonneville.com (counsel for Bonneville International, Inc. dba KIRO Radio 97.3 FM)

Dated: April 23, 2021     By: ___s/ Candice Jackson_____
                          FREEMAN MATHIS & GARY, LLP
                          Candice Jackson
                          1010 B Street, Suite 300
                          San Rafael CA 94901  Tel. 415.352-6412

[Proposed] Order Granting Motion to Intervene, and for Procedural Relief, of "Interested Party" and Proposed Intervenor-Defendant Andrea Kelly

3