Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties
Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Admitted *pro hac vice*
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
213-683-9538

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR, Secretary of The Department of Corrections, in his official capacity,<br><br>Defendants,<br><br>and<br><br>BONNEVILLE INTERNATIONAL, INC. a Utah Corporation, d.b.a KIRO Radio 97.3 FM; THE MCCLATCHY COMPANY, LLC, a California Limited Liability Company, d.b.a. The Tacoma News Tribune; and ANDREA KELLY, an individual,<br><br>Interested Parties. | No. 4:21-cv-05059-TOR<br><br>*EXPEDITED* SECOND MOTION TO EXTEND TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, MOTION FOR EXPEDITED HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>Noting Date: May 6, 2021<br>Without Oral Argument |

47306141.1 *EXPEDITED* SECOND MOT. TO EXTEND TRO OR, IN THE ALTERNATIVE, MOT. FOR EXPEDITED HEARING ON MOT. FOR PRELIM. INJ. - 1

2098.08 od290301

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Come now Plaintiffs, by and through their counsel of record, and respectfully move this Court for an order extending the April 8, 2021 Temporary Restraining Order ("TRO") issued in this matter until the Court rules on Plaintiffs' Motion for Preliminary Injunction ("PI Motion") or, in the alternative, setting the PI Motion for expedited hearing on May 6, 2021, the date on which the TRO expires at midnight. The requested relief is necessary in order to prevent Defendants from releasing the records at issue in the litigation and thus to prevent irreparable harm to Plaintiffs during the briefing and consideration of their PI Motion, which is currently set for hearing on May 12, 2021. This Court found in its April 8 ruling that interim relief pending a decision on the PI Motion is necessary to prevent irreparable harm to Plaintiffs here, TRO at 5-6, and nothing has changed.

Plaintiffs' counsel has contacted the Assistant Attorney General representing Defendants in this matter, who has stated that Defendants <u>will</u> be opposing further extension of the TRO because they do not agree with the scope of the order.

A TRO may be extended upon a showing of good cause. F.R.C.P. 65(b)(2) (a TRO "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension"). Good cause for an extension exists here because Defendants have indicated that they will release the requested records absent a court order preventing such disclosure. *See* Frenchman Declaration in Support of PI Motion ¶ 11 & Ex. B. The TRO issued by this Court to prevent irreparable harm to Plaintiffs expires at midnight on May 6, 2021, but the hearing on Plaintiffs' PI Motion is not until May 12, 2021. If the TRO is not extended,

47306141.1 *EXPEDITED* SECOND MOT. TO EXTEND TRO OR, IN THE ALTERNATIVE, MOT. FOR EXPEDITED HEARING ON MOT. FOR PRELIM. INJ. - 2

2098.08 od290301

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604   Fax 206.343.3961

Defendants will release the records and the very harm that Plaintiffs' lawsuit seeks to prevent will occur. As more fully explained in the PI Motion, once the records are released, there will be no turning back—Plaintiffs' safety and lives will be placed in great peril, and they will be left without any possible remedy. *See generally* PI Motion and supporting declarations. This is the very definition of good cause.

In the alternative, Plaintiffs request that the PI Motion be set for expedited hearing on May 6, 2021, the date on which the TRO currently expires. Plaintiffs' alternative motion for an expedited hearing is proper under the local rules:

> To seek an expedited hearing on a time sensitive matter, the moving party must file a motion to expedite, which (1) demonstrates good cause, (2) states the position of the opposing party, and (3) sets a date of hearing that is not less than 7 days after the motion's filing.

Local Rule 7(i)(2)(C). As set forth above, good cause exists to expedite the hearing on the PI Motion because it will prevent irreparable harm to Plaintiffs. Indeed, absent an extension of the TRO, an expedited hearing on the PI Motion is the only way Plaintiffs can obtain effective relief. Defendants will apparently oppose this motion, not because they do not think that *any* extension of the TRO is agreeable, but only because they need clarification on the scope of the TRO. And finally, the alternative motion is timely because it seeks a hearing on May 6, 2021, which is seven days after this motion was filed.

For the above reasons, Plaintiffs respectfully request that this Court extend the TRO issued on April 22, 2021, in this matter to and including the date that it rules on Plaintiffs' PI Motion or, in the alternative, set the PI Motion for expedited hearing on May 6, 2021.

47306141.1 *EXPEDITED* SECOND MOT. TO EXTEND TRO OR, IN THE ALTERNATIVE, MOT. FOR EXPEDITED HEARING ON MOT. FOR PRELIM. INJ. - 3

2098.08 od290301

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Respectfully submitted,

Dated this 29th day of April, 2021.

| MacDonald Hoague & Bayless | Munger, Tolles & Olson LLP |
|---|---|
| By: *s/ Joe Shaeffer*<br>Joe Shaeffer, WSBA #33273<br>joe@mhb.com<br>Attorneys for Plaintiffs<br>On behalf of The American Civil Liberties Union of Washington Foundation<br><br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Tel: 206.622.1604<br>Fax: 206.343.3961 | By: *s/ Katherine M. Forster*<br>Katherine M. Forster, CA Bar #217609<br>Admitted *pro hac vice*<br>Katherine.Forster@mto.com<br>Attorneys for Plaintiffs<br><br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Tel: 213.683.9538<br>Fax: 213.593.2838 |
| American Civil Liberties Union of Washington Foundation<br><br>By: *s/ Nancy Talner*<br>Nancy Talner, WSBA #11196<br>TALNER@aclu-wa.org<br>By: *s/ Lisa Nowlin*<br>Lisa Nowlin, WSBA #51512<br>lnowlin@aclu-wa.org<br>By: *s/ Antoinette M. Davis*<br>Antoinette M. Davis, WSBA #29821<br>tdavis@aclu-wa.org<br><br>Attorneys for Plaintiffs<br>P.O. Box 2728<br>Seattle, WA 98111<br>Tel: 206.624.2184 | Disability Rights Washington<br><br>By: *s/ Ethan D. Frenchman*<br>Ethan D. Frenchman, WSBA #54255<br>ethanf@dr-wa.org<br>By: *s/ Danny Waxwing*<br>Danny Waxwing, WSBA #54225<br>dannyw@dr-wa.org<br>By: *s/ Heather McKimmie*<br>Heather McKimmie, WSBA #36730<br>heatherm@dr-wa.org<br>By: *s/ David Carlson*<br>David Carlson, WSBA #35767<br>davidc@dr-wa.org<br><br>Attorneys for Plaintiffs<br>315 5th Avenue S, Suite 850<br>Seattle, WA 98104<br>Tel: 206.324.1521 |

47306141.1 *EXPEDITED* SECOND MOT. TO EXTEND TRO OR, IN THE ALTERNATIVE, MOT. FOR EXPEDITED HEARING ON MOT. FOR PRELIM. INJ. - 4

2098.08 od290301

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# DECLARATION OF SERVICE

I certify that on the date noted below I electronically filed the above-entitled document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**Attorneys for Defendants DOC and Stephen Sinclair:**

**Washington State Attorney General's Office**

Candie Dibble, candie.dibble@atg.wa.gov

Patty E. Willoughby, patty.willoughby@atg.wa.gov


**Attorney for Interested Parties:**

**Andrea Kelly:**

Candice Jackson, cjackson@fmglaw.com


**The McClatchy Company, LLC:**

Michele Earl-Hubbard, michele@alliedlawgroup.com


**Bonneville International, Inc.:**

Jason Englund, jenglund@bonneville.com

DATED this 29th day of April, 2021, at Seattle, Washington.

                                          *s/ Marry Marze*
                                       Marry Marze, Legal Assistant

47306141.1 *EXPEDITED* SECOND MOT. TO EXTEND TRO OR, IN THE ALTERNATIVE, MOT. FOR EXPEDITED HEARING ON MOT. FOR PRELIM. INJ. - 5

2098.08 od290301

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961