# Exhibit A
# Filed Under Seal

# Exhibit B
# Filed Under Seal

# Exhibit C
# Filed Under Seal

Exhibit D
Filed Under Seal

# Exhibit E
# Filed Under Seal