CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Office of the Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Honorable Thomas O. Rice

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR,<br><br>Defendants,<br>and<br><br>BONNEVILLE INTERNATIONAL, THE MCCLATCHY COMPANY, and ANDREA KELLY,<br><br>Interested Parties. | NO. 4:21-cv-05059-TOR<br><br>DEFENDANTS' RESPONSE TO THE MCCLATCHY COMPANY'S MOTIONS TO CONTINUE, DISMISS, TRANSFER AND FOR COSTS |

DEFENDANTS' RESPONSE TO THE MCCLATCHY COMPANY'S MOTIONS TO CONTINUE, DISMISS, TRANSFER AND FOR COSTS
NO. 4:21-cv-05059-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1   The Defendants have no objection to McClatchy's motions to continue the
2   Plaintiff's Preliminary Injunction and Class Certification motions, Motion to
3   Dismiss, or Motion to Transfer.
4   The Defendants take no position with respect to McClatchy's Motion for
5   Fees and Costs.
6   RESPECTFULLY SUBMITTED this 13th day of May, 2021.

ROBERT W. FERGUSON
Attorney General

s/ Candie M. Dibble
CANDIE M. DIBBLE
WSBA #42279
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Candie.Dibble@atg.wa.gov

DEFENDANTS' RESPONSE TO THE
MCCLATCHY COMPANY'S MOTIONS TO
CONTINUE, DISMISS, TRANSFER AND
FOR COSTS
NO. 4:21-cv-05059-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123