1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF WASHINGTON

7   JOHN DOE 1, JOHN DOE 2, JANE DOE
    1, JANE DOE 2, JANE DOE 3, and all        NO. 4:21-CV-5059-TOR
8   persons similarly situated,

                                               ORDER TO PROCEED USING
9                          Plaintiffs,         PSEUDONYM

10         v.

11  WASHINGTON STATE DEPARTMENT
    OF CORRECTIONS, and STEPHEN
12  SINCLAIR, Secretary of the Department
    of Corrections, in his official capacity,

13
                           Defendants,
14
           and
15
    BONNEVILLE INTERNATIONAL INC.,
16  a Utah Corporation d.b.a. KIRO RADIO
    97.3 FM; THE MCCLATCHY
17  COMPANY, LLC, a California Limited
    Liability Company d.b.a. THE TACOMA
18  NEWS TRIBUNE; and ANDREA
    KELLY, an individual,
19
                           Interested Parties.
20

    ORDER TO PROCEED USING PSEUDONYM ~ 1

1    BEFORE THE COURT is Plaintiffs' Motion to Proceed in Pseudonym

2  (ECF No. 3).  This matter was submitted for consideration and discussed during

3  telephonic oral argument on May 12, 2021.  Katherine M. Forster, Ethan D.

4  Frenchman, Heather L. McKimmie, Lisa Nowlin, Nancy L. Talner, Danny

5  Waxwing, and Joseph R. Shaeffer appeared on behalf of Plaintiffs.  Candie M.

6  Dibble appeared on behalf of Defendants.  Michele L. Earl-Hubbard appeared on

7  behalf of Interested Party The McClatchy Company, d.b.a. The Tacoma News

8  Tribune.  Candice Jackson appeared on behalf of Interested Party Andrea Kelly.

9  The Court has reviewed the record and files herein, considered all the parties' oral

10  arguments, and is fully informed.  For good cause shown and lack of prejudice to

11  the opposing parties or to the public's interest, Plaintiffs' motion is granted.

12  **ACCORDINGLY, IT IS HEREBY ORDERED:**

13      1. Plaintiffs' Motion to Proceed in Pseudonym (ECF No. 3) is **GRANTED**.

14      2. Plaintiffs are allowed to proceed under pseudonym rather than their legal

15          names.

16      3. Plaintiffs will be referred to by the pseudonym Jane Doe 1, 2, or 3 or

17          John Doe 1 or 2, in all pleadings, depositions, and other documents

18          related to this litigation.

19      4. Plaintiffs shall be allowed to endorse documents related to this litigation

20          using their pseudonym, as noted above.

ORDER TO PROCEED USING PSEUDONYM ~ 2

1    5. No party, interested party or intervenor, shall publicly disclose the

2        Plaintiffs' names or personal identifying information.

3    6. In all proceedings held before this Court, including trial, all counsel,

4        witnesses and court personnel present shall refer to Plaintiffs according to

5        their pseudonym.

6        The District Court Executive is directed to enter this Order and furnish

7    copies to all counsel of record.

8        DATED May 17, 2021.

9    

10                   THOMAS O. RICE
                United States District Judge

11

12

13

14

15

16

17

18

19

20

ORDER TO PROCEED USING PSEUDONYM ~ 3