| | |
|---|---|
| 1 | CANDIE M. DIBBLE, WSBA #42279 |
| 2 | Assistant Attorney General<br>Office of the Attorney General |
| 3 | Corrections Division<br>1116 West Riverside Avenue, Suite 100 |
| 4 | Spokane, WA 99201-1106<br>(509) 456-3123 |

Honorable Thomas O. Rice

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR,<br><br>Defendants,<br>and<br><br>BONNEVILLE INTERNATIONAL, THE MCCLATCHY COMPANY, and ANDREA KELLY,<br><br>Interested Parties. | NO. 4:21-cv-05059-TOR<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSAL: NOTICE TO CLASS MEMBERS |

DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSAL: NOTICE TO CLASS MEMBERS
NO. 4:21-cv-05059-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

The Defendants respectfully respond to Plaintiffs' proposal of notice to class members. ECF No. 73.

## RESPONSE

Plaintiffs argue that notice to the proposed class members is unnecessary because they are unable to opt out and that their identity is known to the Defendants. While the identity of the current inmates who voluntarily request their transgender status be maintained by the Department, the same cannot be said for the Plaintiffs' other proposed class of inmates no longer in Department custody. As noted in the Defendants' previous pleadings, they maintain an "active" spreadsheet with current data of inmates who voluntarily provide their transgender status. ECF No. 33 at 4-5. The Defendants do not have all identifying information related to formerly incarcerated inmates who voluntarily, or involuntarily, had their transgender status documented. Therefore, it would be necessary to publish notice through some means other than posting in the prisons, to the later proposed sub class members.

RESPECTFULLY SUBMITTED this 8th day of June, 2021.

ROBERT W. FERGUSON
Attorney General
s/ Candie M. Dibble
CANDIE M. DIBBLE
WSBA #42279
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Candie.Dibble@atg.wa.gov

DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSAL: NOTICE TO CLASS MEMBERS
NO. 4:21-cv-05059-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123