# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: US District Court Eastern District of Washington

U.S. District Court case number: 4:21-cv-05059-TOR

Date case was first filed in U.S. District Court: 04/07/2021

Date of judgment or order you are appealing: 05/17/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

STEPHEN SINCLAIR and WASHINGTON STATE DEPARTMENT OF CORRECTIONS

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Office of the Attorney General

1116 West Riverside Avenue, Suite 100

City: Spokane    State: WA    Zip Code: 99201-1106

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Candie M. Dibble    **Date** Jun 11, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                              Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
STEPHEN SINCLAIR and WASHINGTON STATE DEPARTMENT OF CORRECTIONS

Name(s) of counsel (if any):
Candie M. Dibble, AAG

Address: 1116 West Riverside Avenue, Suite 100
Telephone number(s): (509) 456-3123
Email(s): Candie.Dibble@atg.wa.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated

Name(s) of counsel (if any):
Joseph R Shaeffer
MacDonald Hoague & Bayless

Address: 705 Second Avenue, Suite 1500, Seattle, WA 98104-1745
Telephone number(s): (206) 622-1604
Email(s): Joe@MHB.com,

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                             1                                             *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated

Name(s) of counsel (if any):

Danny Waxwing, David Carlson, Ethan Frenchman, Heather Lynn McKimmie
American Civil Liberties Union of Washington Foundation,

Address: P.O. Box 2728, Seattle, WA 98111

Telephone number(s): (206) 624-2184

Email(s): heatherm@dr-wa.org; ethanf@dr-wa.org; davidc@dr-wa.org; dannyw@

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated

Name(s) of counsel (if any):

Antoinette M Davis, Nancy L Talner, Lisa Nowlin
American Civil Liberties Union of Washington

Address: PO Box 2728, Seattle, WA 98111

Telephone number(s): (206) 624-2184

Email(s): tdavis@aclu-wa.org; talner@aclu-wa.org; lnowlin@aclu-wa.org

Name(s) of party/parties:

JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated

Name(s) of counsel (if any):

Katherine M Forster
Munger Tolles & Olson LLP

Address: 350 South Grand Avenue, 50th Floor, Los Angeles, CA 90071

Telephone number(s): (213) 683-9538

Email(s): katherine.forster@mto.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*