Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties
Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
213-683-9538

Hon. Thomas O. Rice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; CHERYL STRANGE, Secretary of The Department of Corrections, in her official capacity,<br><br>Defendants,<br>and<br><br>BONNEVILLE INTERNATIONAL, INC.,<br><br>Interested Party. | No. 4:21-cv-05059-TOR<br><br>**REPLY IN SUPPORT OF PROPOSAL RE: NOTICE TO CLASS MEMBERS** |

REPLY IN SUPPORT OF PROPOSAL RE: NOTICE TO CLASS MEMBERS - 1
Cause No. 4:21-cv-05059-TOR

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

Plaintiffs, by and through their counsel of record, offer the following brief reply to address the Response filed by Defendants to Plaintiffs' Proposal Re: Notice to Class Members.

There is no dispute between the parties to this litigation that notice to class members is not required in this injunctive relief action. Should this Court in its discretion order that notice be given, there is also no dispute among the parties as to what form class notice should take and that Defendants should bear the cost of any notice postings/publication at Department of Corrections ("DOC") facilities.

Defendants only suggest that, should this Court decide that notice is appropriate, it must be done by means other than posting notice in prison facilities. Defendants explain that notice beyond postings in prison facilities is necessary because DOC does not have all identifying information related to formerly incarcerated people who may be identified as transgender in its records.[1] Plaintiffs agree and have proposed that notice by publication would be appropriate for this subclass should notice be ordered. There is apparently no dispute that Plaintiffs' proposed notice plan is adequate.

---

[1] Defendants raise the issue of whether class members have voluntarily or involuntarily disclosed their information. As Defendants well know, the degree to which any such disclosures were voluntary under the circumstances, and whether the disclosures (voluntary or not) are relevant, remains in dispute. These issues are irrelevant to class notice and the adequacy of Plaintiffs' proposed notice plan.

REPLY IN SUPPORT OF PROPOSAL RE: NOTICE TO CLASS MEMBERS - 2
Cause No. 4:21-cv-05059-TOR

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Dated this 15th day of June 2021.

| MacDonald Hoague & Bayless | Munger, Tolles & Olson LLP |
|---|---|
| By: __s/ Joe Shaeffer_____<br>Joe Shaeffer, WSBA #33273<br>joe@mhb.com<br>Attorneys for Plaintiffs<br>On behalf of The American Civil Liberties Union of Washington Foundation<br><br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Tel: 206.622.1604<br>Fax: 206.343.3961 | By: _s/ Katherine M. Forster_____<br>Katherine M. Forster, CA Bar #217609<br>*Pro Hac Vice*<br>Katherine.Forster@mto.com<br>Attorneys for Plaintiffs<br><br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Tel: 213.683.9538<br>Fax: 213.593.2838 |
| American Civil Liberties Union of Washington Foundation<br><br>By: __s/ Nancy Talner_____<br>Nancy Talner, WSBA #11196<br>TALNER@aclu-wa.org<br>By: __s/ Lisa Nowlin_____<br>Lisa Nowlin, WSBA #51512<br>lnowlin@aclu-wa.org<br>By: ___s/ Antoinette M. Davis_____<br>Antoinette M. Davis, WSBA #29821<br>tdavis@aclu-wa.org<br><br>Attorneys for Plaintiffs<br>P.O. Box 2728<br>Seattle, WA 98111<br>Tel: 206.624.2184 | Disability Rights Washington<br><br>By: __s/ Ethan D. Frenchman_____<br>Ethan D. Frenchman, WSBA #54255<br>ethanf@dr-wa.org<br>By: __s/ Danny Waxwing_____<br>DannyWaxwing, WSBA #54225<br>dannyw@dr-wa.org<br>By: __s/ Heather McKimmie_____<br>Heather McKimmie, WSBA #36730<br>heatherm@dr-wa.org<br>By: ___s/ David Carlson_____<br>David Carlson, WSBA #35767<br>davidc@dr-wa.org<br><br>Attorneys for Plaintiffs<br>315 5th Avenue S, Suite 850<br>Seattle, WA 98104<br>Tel: 206.324.1521 |

REPLY IN SUPPORT OF PROPOSAL RE: NOTICE TO CLASS MEMBERS - 3
Cause No. 4:21-cv-05059-TOR

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## DECLARATION/CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the above-entitled document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**Attorneys for Defendants DOC and Stephen Sinclair:**

**Washington State Attorney General's Office**

Candie Dibble, candie.dibble@atg.wa.gov

Patty E. Willoughby, patty.willoughby@atg.wa.gov

**Attorney for Interested Party:**

**Bonneville International, Inc.:**

Jason Englund, jenglund@bonneville.com

DATED this 15th day of June, 2021, at Seattle, Washington.

          *s/ Marry Marze*
Marry Marze, Legal Assistant

REPLY IN SUPPORT OF PROPOSAL RE: NOTICE TO CLASS MEMBERS - 4
Cause No. 4:21-cv-05059-TOR

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961