1  Joe Shaeffer, WSBA #33273
2  MacDonald Hoague & Bayless
   On behalf of The American Civil Liberties
3  Union of Washington Foundation
   705 Second Avenue, Suite 1500
4  Seattle, WA 98104-1745
   206-622-1604
5
6  Katherine M. Forster, CA Bar #217609
   Munger Tolles & Olson LLP
7  350 South Grand Avenue, 50th Floor
   Los Angeles, CA 90071
8  (213) 683-9538

9                                                          Honorable Thomas O. Rice
10
11              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON AT RICHLAND
12

13  JOHN DOE 1; JOHN DOE 2; JANE            NO. 4:21-cv-05059-TOR
14  DOE 1; JANE DOE 2; JANE DOE 3; and
    all persons similarly situated,
15
                Plaintiffs,                 NOTICE OF WITHDRAWAL
16       v.
17  WASHINGTON STATE DEPART-
18  MENT OF CORRECTIONS; STEPHEN
    SINCLAIR,
19
                Defendants,
20
           and
21
22  BONNEVILLE INTERNATIONAL,
    INC.,
23              Interested Party.
24
25
26

NOTICE OF WITHDRAWAL - 1            AMERICAN CIVIL LIBERTIES UNION OF
NO. 4:21-CV-05059-TOR                     WASHINGTON FOUNDATION
                                              P.O. Box 2728
                                           SEATTLE, WA 98111
                                             (206) 624-2184

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

I, Lisa Nowlin, hereby withdraw as counsel for Plaintiffs in this matter. All further papers, pleadings and notices, except original process, may be served upon remaining counsel for Plaintiffs electronically via the Clerk of the Court using the CM/ECF System or e-mail directly in accordance with LCivR 5.

Respectfully submitted this 2nd day of February, 2022.

By: s/ Lisa Nowlin  
Lisa Nowlin, WSBA No. 51512  
ACLU of Washington Foundation  
P.O. Box 2728  
Seattle, WA 98111  
(206)-624-2184  
lnowlin@aclu-wa.org  

NOTICE OF WITHDRAWAL - 2  
NO. 4:21-CV-05059-TOR

AMERICAN CIVIL LIBERTIES UNION  
OF WASHINGTON FOUNDATION  
P.O. Box 2728  
SEATTLE, WA 98111  
(206) 624-2184