FILED

FEB 4 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE, 1; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; STEPHEN SINCLAIR, Secretary of the Department of Corrections, in his official capacity,<br><br>    Defendants-Appellants. | No.   21-35453<br><br>D.C. No. 4:21-cv-05059-TOR<br>Eastern District of Washington, Richland<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 21) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator