**ATTACHMENT A**

## Message History (7)

✉ On 6/24/2022 12:03:13 PM, Denise Vaughan wrote to Stacia Glenn (stacia.glenn@thenewstribune.com):

From:                 WASHINGTON DOC PUBLIC RECORDS OFFICE (washingtondoc@govqa.us)
To:                     Stacia Glenn (stacia.glenn@thenewstribune.com)
Message Id:      259498
Message Status:   Bounced
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser bc5-20020a05690c000500b003177a10783asi4749097ywb.403 - gsmtp

**Subject:** [Records Center] Public Records Request :: P019274-031221
**Body:**

June 24, 2022

Stacia:

I am writing in follow up to previous response sent to you regarding your public records request, P-19274. The last response sent to you regarding this request was in April 2021 when I notified you of a court order issued that prohibited DOC from providing you the records requested. There is still a preliminary injunction in place that prohibits us from releasing records at this time, however, I am following up to see if you are still wanting to obtain the records requested or wish to alter your request in any way so that we can have responsive records gathered and ready for release if the case is resolved. If we receive no response by July 22, 2022, we will assume you no longer wish to pursue the request and will consider the request withdrawn.

I look forward to hearing from you.

Sincerely,

Denise Vaughan