**ATTACHMENT B**

## Message History (7)

✉ On 6/24/2022 11:55:19 AM, Denise Vaughan wrote to Aaron Granillo (agranillo@bonneville.com):

From:            WASHINGTON DOC PUBLIC RECORDS OFFICE (washingtondoc@govqa.us)
To:              Aaron Granillo (agranillo@bonneville.com)
Message Id:      259495
Message Status:  Delivered-Confirmed

**Subject:** [Records Center] Public Records Request :: P019375-031621
**Body:**

June 24, 2022

Mr. Granillo:

I am writing in follow up to previous response sent to you regarding your public records request, P-19375.  The last response sent to you regarding this request was in April 2021 when I notified you of a court order issued that prohibited DOC from providing you the records requested.  There is still a preliminary injunction in place that prohibits us from releasing records at this time, however, I am following up to see if you are still wanting to obtain the records requested or wish to alter your request in any way so that we can have responsive records gathered and ready for release if the case is resolved. If we receive no response by July 22, 2022, we will assume you no longer wish to pursue the request and will consider the request withdrawn.

I look forward to hearing from you.

Sincerely,

Denise Vaughan