# ATTACHMENT C

13

 On 8/3/2022 9:03:06 AM, Celeste Ernst wrote to Andrea Kelly (akelly617@icloud.com):

| | |
|---|---|
| From: | WASHINGTON DOC PUBLIC RECORDS OFFICE (washingtondoc@govqa.us) |
| To: | Andrea Kelly (akelly617@icloud.com) |
| Message Id: | 267937 |
| Message Status: | Opened |

**Subject:** [Records Center] Public Records Request :: P019460-031921
**Body:** Andrea Kelly,

This letter is a follow-up to your correspondence dated July 22, 2022 regarding your public records request P-19460.

We will continue to identify and gather responsive records.  Due to the ongoing court order, I cannot provide an anticipated completion date at this time; however, I will update you on the status of this request no later than September 1, 2022.

Sincerely,
Celeste Ernst, Public Records Specialist
Public Records Unit
Washington State Department of Corrections
PO Box 41118
Olympia WA 98504-1118

CE:  P-19460

↩ On 7/22/2022 7:18:08 AM, Andrea Kelly (akelly617@icloud.com) wrote:

TO: "WASHINGTON DOC PUBLIC RECORDS OFFICE"[washingtondoc@govqa.us]


Yes, I would still like the records.


Thank you On Jun 24, 2022, 3:06 PM -0400, WASHINGTON DOC PUBLIC RECORDS OFFICE , wrote:



On 6/24/2022 12:06:40 PM, Denise Vaughan wrote to Andrea Kelly (akelly617@icloud.com):

From:             WASHINGTON DOC PUBLIC RECORDS OFFICE (washingtondoc@govqa.us)
To:               Andrea Kelly (akelly617@icloud.com)
Message Id:       259503
Message Status:   Opened

**Subject:** [Records Center] Public Records Request :: P019460-031921
**Body:**

June 24, 2022

Andrea:

I am writing in follow up to previous response sent to you regarding your public records request, P-19460. The last response sent to you regarding this request was in April 2021 when I notified you of a court order issued that prohibited DOC from providing you the records requested. There is still a preliminary injunction in place that prohibits us from releasing records at this time, however, I am following up to see if you are still wanting to obtain the records requested or wish to alter your request in any way so that we can have responsive records gathered and ready for release if the case is resolved. If we receive no response by July 22, 2022, we will assume you no longer wish to pursue the request and will consider the request withdrawn.

I look forward to hearing from you.

Sincerely,

Denise Vaughan

