# EXHIBIT B

| | |
|---|---|
| **From:** | Vaughan, Denise L. (DOC) |
| **Sent:** | Monday, July 12, 2021 9:23 AM |
| **To:** | Rivera, Mara (DOC) |
| **Cc:** | Cantrell, Tracie L. (DOC) |
| **Subject:** | RE: URGENT FW: [GovQA] Activity Assignment on Request P019305-031521 |
| **Attachments:** | Does v. DOC |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Please review the attached closely. This information is something that I believe Tracie went over with you earlier in June?

It is my understanding that you have provided everything other than this documentation that is not disclosable at this time given this litigation? If that is the case, I would use the language in the attached and then ensure Tracie has the information so she can inform me and I can add it to the log we are tracking that will need follow up at the conclusion of this litigation.

Please send me your DRAFT response for review before it goes out the door today just to ensure we are all on the same page.

Thanks,
Denise

---

**From:** Rivera, Mara (DOC) <mrivera@doc1.wa.gov>
**Sent:** Monday, July 12, 2021 7:10 AM
**To:** Vaughan, Denise L. (DOC) <dlvaughan@DOC1.WA.GOV>
**Cc:** Cantrell, Tracie L. (DOC) <tracie.cantrell@doc1.wa.gov>
**Subject:** URGENT FW: [GovQA] Activity Assignment on Request P019305-031521
**Importance:** High

Good morning Denise,

I am checking in with you regarding the below, as this request is due today for me. I have provided all other records. Please let me know if you need additional time, and how much is needed so I can work that time into an extension letter if that is necessary.

Thank you,

*Mara Rivera*
Public Records Specialist
Department of Corrections | Public Records Unit
P.O. Box 41118 | Olympia, WA 98504