Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties
Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9538

Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; CHERYL STRANGE, Secretary of The Department of Corrections, in her official capacity,<br><br>Defendants. | NO. 4:21-cv-05059-TOR<br><br>Declaration of Danny Waxwing |

I, Danny Waxwing, declare as follows:

1. I am admitted to practice before all of the courts of the State of Washington and this Court. I am an attorney at Disability Rights Washington and counsel of record for Plaintiffs in the above-captioned matter. I have personal

50102532.1

knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth here.

2. On January 30, 2023, Defendants made a document production in this case. I reviewed the entire production.

3. Included in that production as DEFS5835 to DEFS16766 are records relating to DOC public records request P-12404. I have prepared a PDF extract of records from this production with my own yellow highlights appended to mark areas of particular significance. That document is attached as **Exhibit A**.

4. While reviewing the entire January 30, 2023 production, I noted at least 53 instances of failures to withhold protected information and 21 separate class members whose transgender status was disclosed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of February, 2023, at Seattle, Washington

_____
Danny Waxwing, WSBA # 54225

50102532.1                                    -2-