Joe Shaeffer, WSBA #33273
MacDonald Hoague & Bayless
On behalf of The American Civil Liberties
Union of Washington Foundation
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
206-622-1604

Katherine M. Forster, CA Bar #217609
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9538

Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 2; JANE DOE 3; and all persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, Secretary of The Department of Corrections, in her official capacity,<br><br>Defendants. | NO. 4:21-cv-05059-TOR<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER TO EXTEND STAY OF COURT DEADLINES |

The Parties, through their respective counsel of record, jointly move this Court to extend the stay of all Court deadlines related to this litigation until May 31, 2023. Additional time is necessary to complete negotiations to conclude this matter.

On March 15, 2023, the Parties filed with this Court a stipulated motion and proposed order to stay court deadlines upon the parties having reached an agreement in principle to settle this matter. ECF No. 142. The Parties requested, and the Court ordered, a stay of all Court deadlines until May 1, 2023, at which time the Parties were ordered to submit a status report to the Court. ECF No. 123.

Since March 15, the Parties have drafted and exchanged revisions of a comprehensive Settlement Agreement. The Parties have agreement on all but one term of this Agreement. The Parties have also drafted and exchanged revisions of training materials to guide Defendants' application of RCW 42.56.475 to public records subject to the injunction entered herein. These training materials involve extensive in-service programming for Defendants' staff responsible for the withholding and redaction of records. While the Parties have reached agreement on all major substantive terms, additional time is necessary for the Parties to finalize one open term of the Settlement Agreement and to complete the training materials, which will be attached to the Settlement.

The Parties propose that they be ordered to provide a status report to the Court on or before May 31, 2023, if for any reason they are not able to file the motion for approval of the Settlement by that date. If the motion is filed on or before May 31, 2023, then no status report should be required. If the parties have not completed this process by May 31, 2023, or have determined that there is no longer agreement on the material terms of the settlement, they may seek to resume litigation at that time.

Jointly submitted this 28th day of April, 2023, by:


| MacDonald Hoague & Bayless<br><br>By: *s/ Joe Shaeffer*<br>Joe Shaeffer, WSBA #33273<br>joe@mhb.com<br>Attorneys for Plaintiffs<br>On behalf of The American Civil Liberties Union of Washington Foundation<br><br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Tel: 206.622.1604<br>Fax: 206.343.3961 | Munger, Tolles & Olson LLP<br><br>By: *s/ Katherine M. Forster*<br>Katherine M. Forster, CA Bar #217609<br>*Pro Hac Vice*<br>Katherine.Forster@mto.com<br>Attorneys for Plaintiffs<br><br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Tel: 213.683.9538<br>Fax: 213.593.2838 |
|---|---|
| American Civil Liberties Union of Washington Foundation<br><br>By: *s/ Nancy Talner*<br>Nancy Talner, WSBA #11196<br>TALNER@aclu-wa.org<br>By: *s/ Jazmyn Clark*<br>Jazmyn Clark, WSBA #48224<br><br>Attorneys for Plaintiffs<br>P.O. Box 2728<br>Seattle, WA 98111<br>Tel: 206.624.2184 | Disability Rights Washington<br><br>By: *s/ Ethan D. Frenchman*<br>Ethan D. Frenchman, WSBA #54255<br>ethanf@dr-wa.org<br>By: *s/ Danny Waxwing*<br>Danny Waxwing, WSBA #54225<br>dannyw@dr-wa.org<br>By: *s/ Heather McKimmie*<br>Heather McKimmie, WSBA #36730<br>heatherm@dr-wa.org<br>By: *s/ David Carlson*<br>David Carlson, WSBA #35767<br>davidc@dr-wa.org<br><br>Attorneys for Plaintiffs<br>315 5th Avenue S, Suite 850<br>Seattle, WA 98104<br>Tel: 206.324.1521 |

Washington State Office of the Attorney General

By: __*s/ Tim Lang*_____________
Tim Lang, WSBA #21314
Tim.Lang@atg.wa.gov
By: __*s/ Tim Lang*_____________
Candie M. Dibble, WSBA #42279
Candie.Dibble@atg.wa.gov

Assistant Attorneys General
Corrections Division
P.O. Box 40116
Olympia, WA 98504-0116
(360) 586-1445

**ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: ____________________

____________________________________
HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel/parties of record for this matter.

RESPECTFULLY SUBMITTED this 28th day of April, 2023.

By: *<u>/s/ Trish Weissmann</u>*
Trish Weissmann, Legal Assistant
MacDonald Hoague & Bayless
705 Second Ave, Suite 1500
Seattle, WA 98104
(206) 622-1604
trishw@mhb.com