AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 02, 2023**

SEAN F. McAVOY, CLERK

JOHN DOE 1; JOHN DOE 2; JANE DOE 1; JANE DOE 3 and all persons similarly situated,
*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, Secretary of the Department of Corrections, in her official capacity,
*Defendant*

Civil Action No. 4:21-CV-5059-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' counsel are awarded fees and costs in the amount of $650,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiffs' Unopposed Motion for Approval of Settlement and Consent Decree. ECF No. 147.

Date: June 2, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen